B1 (Official Form 1)(4/10)

| UNITED STATES BANKRUPTCY COURT<br>Central District of California | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>GATEWAY METRO CENTER, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>PACIFIC STARR PASADENA, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-5574209 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3452 E. FOOTHILL BLVD., SUITE 1170A<br>PASADENA, CA<br>ZIP CODE 91107 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME AS ABOVE<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  real estate investment

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>GATEWAY METRO CENTER, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:   Central District of California | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

| | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>GATEWAY METRO CENTER, LLC |

| Signatures |
|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br>   Lorie A. Ball<br>   Printed Name of Attorney for Debtor(s)<br>   Peitzman, Weg & Kempinsky LLP<br>   Firm Name<br>   2029 Century Park East, Suite 3100<br>   Los Angeles, CA 90067<br>   Address<br>   310-552-3100<br>   Telephone Number    9/6/11<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   John F. Pipia<br>   Printed Name of Authorized Individual<br>   President<br>   Title of Authorized Individual<br>   9/3/11<br>   Date | _____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Howard J. Weg (State Bar No. 91057)<br>Lorie A. Ball (State Bar No. 210703)<br>Peitzman, Weg & Kempinsky LLP, 2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067 Tel: 310-552-3100 Fax: 310-552-3101<br><br>☒ *Attorney for:* Proposed Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: GATEWAY METRO CENTER, LLC, a California limited liability company | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists        Date Filed: September 6, 2011
☐  Amendments to the petition, statement of affairs, schedules or lists        Date Filed: _____
☐  Other: _____        Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____                9/3/11
*Signature of Authorized Signatory of Filing Party*            Date

John F. Pipia
*Printed Name of Authorized Signatory of Filing Party*

President
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____                9/6/11
*Signature of Attorney for Filing Party*            Date

Lorie A. Ball
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

## LIMITED LIABILITY COMPANY AUTHORIZATION
### OF
### GATEWAY METRO CENTER, LLC
_____

The undersigned, **Pacific Starr Group II, LLC**, a California limited liability company ("**Manager**") and **Foothill Hastings, LLC**, a California limited liability company ("**Foothill**" and collectively with Manager, the "**Majority Interest Holders**"), representing a **Majority Interest of the Members of Gateway Metro Center, LLC**, a California limited liability company (the "**Company**"), acting in accordance with the authority of Article 5 of the Operating Agreement for the Company (the "**Operating Agreement**") are executing this Limited Liability Company Authorization (this "**Authorization**") as of this <u>3rd</u> day of September, 2011:

**WHEREAS**, the Majority Interest Holders of the Company have determined that it is in the best interests of the Company, its creditors, members and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "Bankruptcy Code") and that it would be advisable to seek to confirm a chapter 11 plan of reorganization; therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and it is

**RESOLVED FURTHER**, that John Pipia, the President of the Company, be and hereby is authorized to:

    a.    Execute and verify or certify on behalf of the Company a petition under chapter 11 and to cause the same to be filed in an appropriate United States Bankruptcy Court at such time as the authorized officer executing the petition shall determine is appropriate; and

    b.    Serve as the responsible person in the chapter 11 case for the Company; and

    c.    Employ and designate appropriate officers on behalf of the Company to execute and file all petitions, schedules, lists, statements and other papers and to take any and all actions that any of the authorized officers deem necessary, proper or desirable in connection with the chapter 11 case for the Company with a view toward the successful completion of the case or cases; and

    d.    Take all actions, including, without limitation, the retention of counsel, financial advisors, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties

1

and obligations, as the Company may have as a debtor or debtor in possession under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his/her judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED FURTHER**, that the Company be, and hereby is, authorized to employ on a general retainer the law firm of Peitzman, Weg & Kempinsky LLP ("PWK"), or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 case for the Company; and it is

**RESOLVED FURTHER**, that PWK be, and hereby is, authorized to employ, on a general retainer, the firm of FTI Consulting, Inc., or such other firm as may be appropriate, to provide financial advisory services in the chapter 11 case for the Company.

**IN WITNESS WHEREOF**, this Authorization is executed by the undersigned as of the day and year first set forth above.

[Next page is signature page]

2

GATEWAY METRO CENTER, LLC,
A California limited liability company

By:   Pacific Starr Group II, LLC,
      a California limited liability company,
      its manager


      By:   Pacific Starr Group, LLC,
            a California limited liability company,
            its Managing Member


            By: _____
                Name: John F. Pipia
                Title: Managing Member

By:   FOOTHILL HASTINGS, LLC
      a California limited liability company

      By:   Pacific Starr Group II, LLC,
            a California limited liability company,
            its Managing Member


            By:   Pacific Starr Group, LLC,
                  a California limited liability company,
                  its Managing Member


            By: _____
                Name: John F. Pipia
                Title: Managing Member

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Howard J. Weg (State Bar No. 91057)<br>Lorie A. Ball (State Bar No. 210703)<br>Peitzman, Weg & Kempinsky LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067 Telephone: 310-552-3100 Facsimile: 310-552-3101<br>☑ *Attorney for:* Proposed Attorneys for Debtor | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re: GATEWAY METRO CENTER, LLC, a California limited liability company<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, John F. Pipia _____, the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

      ☑ I am the president or other officer or an authorized agent of the debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ☐ I am the attorney for the debtor corporation

2. a.  ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

      *[For additional names, attach an addendum to this form.]*

      Pacific Starr Group II, LLC; Foothill Hastings, LLC; HSP-PC One Corp.

  b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____     9/3/11_____
Signature of Attorney or Declarant        Date

John F. Pipia, President
_____
Printed Name of Attorney or Declarant

*This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.*

                                              **F 1007-4**

Howard J. Weg (State Bar No. 91057)
*hweg@pwkllp.com*
Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Telecopier: (310) 552-3101

Proposed Counsel for the Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Gateway Metro Center, LLC,<br><br>        Debtor and Debtor in Possession. | Case No.:<br><br>Chapter 11<br><br>**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(d); DECLARATION OF JOHN F. PIPIA** |

      The above-captioned debtor (the "Debtor") hereby submits the attached List of Creditors

Holding 20 Largest Unsecured Claims (the "List") pursuant to Federal Rule of Bankruptcy Procedure

1007(d).  The List does not include (1) persons who come within the definition of "insider" set forth in

11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the

unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

      The List was prepared by the Debtor based upon the ongoing review of its books and records.

The List, therefore, is subject to amendment if additional information becomes known as a result of

the ongoing review of the books and records.

Dated: September 6, 2011          PEITZMAN, WEG & KEMPINSKY LLP

                      By:   /s/ Lorie A. Ball              
                           Lorie A. Ball
                    Proposed Counsel for Gateway Metro Center, LLC

1

## DECLARATION OF JOHN F. PIPIA

I, John F. Pipia, declare as follows:

1.      I am the President and Authorized Representative of the Debtor in the above-captioned matter.  The attached List of Creditors Holding 20 Largest Unsecured Claims (the "List") is true and correct to the best of my knowledge, information and belief based upon my review of the Debtor's books and records.

2.      The List was prepared by me based upon the ongoing review of the Debtor's books and records.  The List, therefore, is subject to amendment if additional information becomes known as a result of the ongoing review of the books and records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd of September, 2011 at Pasadena, California.

John F. Pipia
President and Authorized Representative of
Gateway Metro Center, LLC

2

Gateway Metro Center, LLC

| (1)<br>Name of creditor & mailing address | (2)<br>Name, telephone & address of contact | (3)<br>Nature of claim | (4)<br>Contingent, unliquidated, disputed, subject to set off | (5)<br>Amount |
|---|---|---|---|---|
| City of Pasadena<br>P.O.Box 7120<br>Pasadena, CA 91109 | Pasadena Power<br>626-744-4005<br>P.O. Box 7120<br>Pasadena, CA 91109 | Electricity | Unliquidated | $27,187.00 |
| Sedgwick Claims Management<br>110 Ridgeway Loop Road, Suite #200<br>Memphis, TN 38120 | Linda Lagesse<br>901-415-7771<br>110 Ridgeway Loop Road, Suite #200<br>Memphis, TN 38120 | Tenant Security Deposit | Contingent Unliquidated Disputed | $10,833.35 |
| Fanta-Z Holdings, LLC<br>3488 Barhite Street<br>Pasadena, CA 91107 | Brett Kelly<br>Owner<br>760-391-8192<br>3488 Barhite Street<br>Pasadena, CA 91107 | Security Deposit | Contingent, Unliquidated, Disputed | $8,086.78 |
| Environmental Control<br>Puente Hills Inc. – 411<br>570 W. Lambert Road, #A<br>Brea, CA 92821 | Duane Romo, Company Manager or<br>Bill Sanders, Director of Operations<br>626-839-8138 ext. 107<br>570 W. Lambert Road, #A<br>Brea, CA 92821 | Janitorial Services | | 7,622.93 |
| Help-U-Sell Vantage Realty<br>18217 Gale Ave., Suite A<br>City of Industry, CA 91748 | Steven Fan<br>626-289-1368<br>18217 Gale Ave., Suite A<br>City of Industry, CA 91748 | Leasing Commission | Contingent | $6,516.21 |

Gateway Metro Center, LLC

| (1)<br>**Name of creditor & mailing address** | (2)<br>**Name, telephone & address of contact** | (3)<br>**Nature of claim** | (4)<br>**Contingent, unliquidated, disputed, subject to set off** | (5)<br>**Amount** |
|---|---|---|---|---|
| SP Plus Security Services<br>1055 W. 7th Street, #1500<br>Los Angeles, CA 90017 | TeressaDeNike, Accounts Receivable<br>213-488-3131<br>1055 W. 7th Street, #1500<br>Los Angeles, CA 90017 | Security Company | | $3,470.39 |
| Modern Parking<br>1200 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90017 | Javier Pulido, Operations Head<br>213-482-8400<br>1200 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90017 | Parking Company | Unliquidated | $2,861.00 |
| Setpoint Systems<br>1360 Reynolds Ave., Suite 105<br>Irvine, CA  92614 | Laura Jelin, Account Manager<br>949-330-0673<br>1360 Reynolds Ave., Suite 105<br>Irvine, CA  92614 | HVAC | | $2,392.00 |
| EJR Door Division<br>8116 Byron Road, Unit A<br>Whittier, CA  90606 | Eddie Reyes, Owner<br>562-464-0687<br>8116 Byron Road, Unit A<br>Whittier, CA  90606 | Door Company | | $1,030.46 |
| City of Pasadena<br>P.O.Box 7120<br>Pasadena, CA 91109 | Pasadena Water<br>626-744-4005<br>P.O.Box 7120<br>Pasadena, CA 91109 | Water | Unliquidated | $900.00 |

Gateway Metro Center, LLC

| (1)<br>Name of creditor & mailing address | (2)<br>Name, telephone & address of contact | (3)<br>Nature of claim | (4)<br>Contingent, unliquidated, disputed, subject to set off | (5)<br>Amount |
|---|---|---|---|---|
| United Imaging<br>21201 Oxnard Street<br>Woodland Hills, CA  91367 | Eric Tripp, Account Manager<br>800-999-0159<br>21201 Oxnard Street<br>Woodland Hills, CA  91367 | Supplies | | $267.50 |
| Amtech Elevator<br>Dept. LA 21592<br>Pasadena, CA 91185 | Steve Park<br>323-478-2100<br>Dept. LA 21592<br>Pasadena, CA 91185 | Elevator Maintenance | Unliquidated | $225.00 |
| The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 | 800-427-2000<br>P.O. Box C<br>Monterey Park, CA  91756 | Gas | Unliquidated | $211.00 |
| Z-Products Inc.<br>14532 Calvert Street<br>Van Nuys, CA  91411 | Steve Miles<br>818-787-2774<br>14532 Calvert Street<br>Van Nuys, CA  91411 | Signage | Unliquidated | $200.00 |
| Site Stuff, Inc.<br>P.O. Box 671033<br>Dallas, TX  75267 | Thomas Grounds, Account Executive<br>800-720-1419<br>P.O. Box 671033<br>Dallas, TX  75267 | Janitorial Supplies | | $198.82 |
| Downtown Locksmiths<br>2467 E. 57th Street<br>Los Angeles, CA  90058 | Deke Medley, Owner<br>323-583-2124<br>2467 E. 57th Street<br>Los Angeles, CA  90058 | Locksmith | | $65.00 |

Gateway Metro Center, LLC

| **(1)** **Name of creditor & mailing address** | **(2)** **Name, telephone & address of contact** | **(3)** **Nature of claim** | **(4)** **Contingent, unliquidated, disputed, subject to set off** | **(5)** **Amount** |
|---|---|---|---|---|
| AT&T<br>12900 Park Plaza Drive<br>Cerritos, CA  90703 | Rosemary Slouka, Business Account Manager<br>800-750-2355<br>12900 Park Plaza Drive<br>Cerritos, CA  90703 | Elevator Telephone Lines | Unliquidated | $45.00 |
| Creative Energy Design<br>241 East Colorado Blvd., Suite 203<br>Pasadena, CA 91101 | Jon Van Gaasbeek<br>President<br>626-304-0505<br>241 East Colorado Blvd., Suite 203<br>Pasadena, CA 91101 | Architecture | | $31.54 |

Howard J. Weg (State Bar No. 91057)
*hweg@pwkllp.com*
Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Telecopier: (310) 552-3101

Proposed Counsel for the Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GATEWAY METRO CENTER, LLC, a California limited liability company,<br><br>        Debtor and Debtor in Possession | Case No.:<br><br>Chapter 11<br><br><br>**LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(3); DECLARATION OF JOHN F. PIPIA** |

     The above-captioned debtor hereby submits the attached List of Equity Security Holders pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3).

Dated: September 6, 2011              PEITZMAN, WEG & KEMPINSKY LLP


                    By:    /s/ Lorie A. Ball
                       Lorie A. Ball
                       Proposed Counsel for Gateway Metro Center, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF JOHN F. PIPIA

I, John F. Pipia, declare as follows:

1.      I am the President and Authorized Representative of the Debtor in the above-caption ed matter.  The attached List of Equity Security Holders is true and correct to the best of my knowledge, information and belief based upon my review of the Debtor's books and records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3 of September, 2011 at Pasadena, California.

John F. Pipia
President and Authorized Representative of
Gateway Metro Center, LLC

2

# Gateway Metro Center, LLC

## List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Interest |
|---|---|---|
| **Pacific Starr Group II LLC**<br>Attn Pacific Starr Group LLC<br>3452 E Foothill Blvd Ste 1170A<br>Pasadena, CA 91107 | Managing member | 15% |
| **HSP PC One Corp**<br>Attn Pacific Starr Group LLC<br>3452 E Foothill Blvd Ste 1170A<br>Pasadena, CA 91107 | Member | 45.46% |
| **Foothill Hastings LLC**<br>Attn Pacific Starr Group LLC<br>3452 E Foothill Blvd Ste 1170A<br>Pasadena, CA 91107 | Member | 39.54% |

<table>
<tr><td>Party Name, Address and Telephone Number <i>(CA State Bar No. If Applicable)</i><br>Howard J. Weg (State Bar No. 91057)<br>Lorie A. Ball (State Bar No. 210703)<br>Peitzman Weg & Kempinsky LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA  90067<br>Telephone: 310-552-3100<br>Facsimile: 310-552-3101<br>Proposed Attorneys for Debtor</td><td>FOR COURT USE ONLY</td></tr>
</table>

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: GATEWAY METRO CENTER, LLC, a California limited liability company | CHAPTER 11<br><br>CASE NUMBER |
|---|---|
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

    3452 E. Foothill Blvd.
    Suite 1170A
    Pasadena, CA  91107

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    3452 E. Foothill Blvd.
    Suite 1170A
    Pasadena, CA  91107

3.    Disclose the current business address(es) for all corporate officers:

    3452 E. Foothill Blvd.
    Suite 1170A
    Pasadena, CA  91107

4.    Disclose the current business address(es) where the Debtor's books and records are located:

    (a) 3452 E. Foothill Blvd., Suite 1170A, Pasadena, CA  91107
    (b) The Ruth Group, Inc., Attn: Richard Cober, Executive Vice President, 199 S. Los Robles Ave., Suite 560, Pasadena, CA  91101
    (c) Skeehan & Company, Attn: Joseph Skeehan,  President, 180 S. Lake Ave., 7th Fl, Pasadena, CA 91101

<i>Rev. 12/99</i> This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*                **VEN-C**

| In re GATEWAY METRO CENTER, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    3452 E. Foothill Blvd.
    Pasadena, CA  91107

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

    John F. Pipia
    President
    3452 E. Foothill Blvd.
    Suite 1170A
    Pasadena, CA  91107

8.  Total number of attached pages of supporting documentation:    0

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___3___ day of ___September___, 20 11 , at ___Pasadena___, California.

___John F. Pipia___
*Type Name of Officer*

___President___
*Position or Title of Officer*

_____
*Signature of Declarant*

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.   Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.   Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.  Gateway Metro Center, LLC

Executed at _Pasadena_____ , California.

_____
Debtor  John F. Pipia, President

Dated    _9/3/11_____

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                F 1015-2.1

Howard J. Weg (State Bar No. 91057)
*hweg@pwkllp.com*
Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Proposed Counsel for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GATEWAY METRO CENTER, LLC,<br>a California limited liability company,<br><br>      Debtor and Debtor in Possession. | DEBTOR'S SCHEDULE OF ASSETS AND LIABILITIES |

Gateway Metro Center, LLC ("Debtor") hereby submits its Schedules of Assets and Liabilities (the "Schedules"). The Debtor has attempted to provide complete and accurate information based on the Debtor's books and records, but no assurance can be made that the information is complete and accurate, as the books and records of the Debtor have not been audited. The Debtor is, however, continuing to review and update the books and records and other financial information, and the information provided in the Schedules may need to be augmented or corrected in the future. Nothing contained in or omitted from the Schedules constitutes or should be deemed an admission by the Debtor, and the Debtor reserves the right to amend the Schedules periodically to the extent necessary

to reflect new or additional information.

Any failure to designate a claim or lien listed on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or lien is not "disputed," "contingent," or "unliquidated."  The Debtor reserves the right to dispute, or to assert offsets or defenses to, (i) any claim reflected on the Schedules as to amount, liability, priority, or classification, or (ii) any lien reflected on the Schedules as to validity, priority, or extent, or to otherwise subsequently designate any claim or lien as "disputed," "contingent," or "unliquidated." Similarly, the designation of a contract or lease as "executory" does not constitute an admission by the Debtor that such contract or lease exists or is in fact "executory," and the Debtor reserves the right to dispute that such contract or lease exists or is in fact "executory."

Dated: September 6, 2011                    PEITZMAN, WEG & KEMPINSKY LLP

                                             By:____/s/ Lorie A. Ball_____
                                                   Proposed Counsel for the Debtor and
                                                   Debtor in Possession

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Central District of California

In re  GATEWAY METRO CENTER, LLC ,
                  Debtor

Case No. _____

Chapter ___11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $30,200,000 | | |
| B - Personal Property | YES | 3 | $2,448,433.72 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $20,851,800 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 1,486,335.43 | |
| G - Executory Contracts and Unexpired Leases | YES | 8 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | | N/A | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | N/A | | | $ |
| TOTAL | | 20 | $32,570,485.29 | $22,338,135.43 | |

B6A (Official Form 6A) (12/07)

In re ___GATEWAY METRO CENTER, LLC_____,        Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| an approximate 122,000 sf office building and 3.5 acres of land located at 3452 E. Foothill Blvd. Pasadena, CA  91107 | owner | | $29,700,000 | $20,850,000 |
| approximately 7,669 sf of land located at 3452 E. Foothill Blvd. Pasadena, CA  91107 | owner | | $500,000 | $350,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total➤  $30,200,000

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  GATEWAY METRO CENTER, LLC                    ,                    Case No. _____
               **Debtor**                                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | operating, checking and money market accounts (as of 9/1/11) | | $293,134.89 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | real estate property tax escrow account with Lender | | $27,135.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re __GATEWAY METRO CENTER, LLC_____ ,                    Case No. _____
　　　　　　　　**Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Uncollected tenant rents and charges (as of 9/1/11) | | $74,100.09 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | a. potential property tax refunds for 2009-2010 tax year<br>b. setoff against security deposit - Sedgwick Claims Management<br>c. collection of judgment - Ferns, Adams & Assoc.<br>d. setoff against security deposit - Fanta-Z Holdings, LLC | | unknown<br><br>$4,513.25<br>$292.49<br>unknown |

B 6B (Official Form 6B) (12/07) - Cont.

In re GATEWAY METRO CENTER, LLC                    ,          Case No. _____
_____Debtor_____                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | furniture and equipment (as of 7/30/11) | | $2,859.00 (net of accumulated depreciation) |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | building and tenant improvements (as of 7/31/11) | | $2,028,571.00 (net of accumulated depreciation) |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | a. prepaid insurance (as of 9/1/11) b. prepaid 2011 income taxes | | $11,028.00 $6,800.00 |

_____continuation sheets attached    Total➤    $         2,448,433.72

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re __GATEWAY METRO CENTER, LLC__,    Case No. _____
                 **Debtor**                                                **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Allstate Life Insurance Company<br>Allstate Plaza South Suite G5C<br>3075 Sanders Road<br>Northbrook, IL 60062 | | N/A | 10/3/2006<br>First Deed of Trust securing land and building ("Building")<br><br>VALUE $ 29,700,000 | | X | | $20,500,000 | |
| ACCOUNT NO.<br><br>M-Theory Financial Group<br>1820 Industrial Street<br>Suite 270<br>Los Angeles, CA 90021 | X | N/A | 8/2011<br>Laptop computer<br><br>VALUE $ 1,800 | | | | $1,800 | |
| ACCOUNT NO.<br><br>Flying Tigers LLC<br>3452 East Foothill Blvd.<br>Suite 1170A<br>Pasadena, CA 91107 | | N/A | 8/2011<br>(1) Junior deed of trust on Building; and<br>(2) Senior deed of trust on land abutting Building (approx. 8000 sq. feet of land)<br><br>VALUE $ 500,000 | | | | $350,000 | |

__0__ continuation sheets attached

Subtotal ▶
(Total of this page)
| $ 20,851,800 | $ |

Total ▶
(Use only on last page)
| $ 20,851,800 | $ |

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re  GATEWAY METRO CENTER, LLC   ,                    Case No._____
_____Debtor_____                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re  GATEWAY METRO CENTER, LLC                    ,    Case No._____
                    Debtor                                              (if known)


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____ continuation sheets attached

B 6F (Official Form 6F) (12/07)

In re __GATEWAY METRO CENTER, LLC_____,    Case No. _____
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Amtech Elevator<br>Dept. LA 21592<br>Pasadena, CA 91185 | | | Elevator Maintenance | | X | | $225.00 |
| ACCOUNT NO.<br><br>AT&T<br>Payment Center<br>Sacramento, CA 95887 | | | FLS – Phone Lines | | X | | $45.00 |
| ACCOUNT NO.<br><br>City of Pasadena<br>P.O.Box 7120<br>Pasadena, CA 91109 | | | Water | | X | | $900.00 |
| ACCOUNT NO.<br><br>City of Pasadena<br>P.O.Box 7120<br>Pasadena, CA 91109 | | | Electricity | | X | | $27,187.00 |
| | | | | | Subtotal▶ | | $ 28,357.00 |

__3__ continuation sheets attached

Total▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re    **GATEWAY METRO CENTER, LLC**                                    Case No. _____
                     **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Commercial Assessment Consultants, Inc. 23744 Oakfield Road, Suite 204 Hidden Hills, CA 91302 | | | Assessment Reduction Consulting | X | X | | Unknown |
| Creative Energy Design 241 E Colorado Blvd Ste 203 Pasadena, CA 91101 | | | Architecture | | | | $31.54 |
| Downtown Locksmiths 2467 E. 57th Street Los Angeles, CA 90058 | | | Locksmith | | | | $65.00 |
| EJR Door Division 8116 Byron Road, Unit A Whittier, CA 90606 | | | Door company | | | | $1,030.46 |
| Environmental Control Puente Hills Inc. – 411 570 W. Lambert Road, #A Brea, CA 92821 | | | Janitorial services | | | | $7,622.93 |
| Fanta-Z Holdings, LLC 3488 Barhite Street Pasadena, CA 91107 | | | Security Deposit | X | X | X | $8,086.78 |

Page 2 of 4

Subtotal
(Total of this page)     | $16,836.71 |

**TOTAL** | |

B 6F (Official Form 6F) (12/07) - Cont.

In re   **GATEWAY METRO CENTER, LLC**                              Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Help-U-Sell Vantage Realty 18217 Gale Ave., Suite A City of Industry, CA 91748 | | | Leasing Commission | X | | | $6,516.21 |
| Modern Parking 1200 Wilshire Blvd., Suite 300 Los Angeles, CA 90017 | | | Parking | | X | | $2,861.00 |
| Pacific Starr Group II, LLC c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | | | Administrative Fee | | | | $1,414,191.45 |
| Sedgwick Claims Management 110 Ridgeway Loop Road, Suite #200 Memphis, TN 38120 | | | Tenant Security Deposit | X | X | X | $10,833.35 |
| Setpoint Systems 1360 Reynolds Ave., Suite 105 Irvine, CA  92614 | | | HVAC | | | | $2,392.00 |
| Site Stuff, Inc. P.O. Box 671033 Dallas, TX  75267 | | | Janitorial supplies | | | | $198.82 |

Page 3 of 4

Subtotal
(Total of this page)

$1,436,992.83

**TOTAL**

B 6F (Official Form 6F) (12/07) - Cont.

In re __GATEWAY METRO CENTER, LLC_____          Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| SP Plus Security Services<br>1055 W. 7th Street, #1500<br>Los Angeles, CA 90017 | | | Security company | | | | $3,470.39 |
| The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 | | | Gas | | X | | $211.00 |
| United Imaging<br>21201 Oxnard Street<br>Woodland Hills, CA 91367 | | | Supplies | | | | $267.50 |
| Z-Products Inc.<br>14532 Calvert Street<br>Van Nuys, CA 91411 | | | Signage | | X | | $200.00 |

Subtotal                  $4,148.89
(Total of this page)

**TOTAL**                 $1,486,335.43

B 6G (Official Form 6G) (12/07)

In re   Gateway Metro Center, LLC                         ,          Case No._____
       **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1031 Private Exchange Group, Inc.<br>3452 East Foothill Blvd, Suite 230<br>Pasadena, CA 91107 | Lease dated 6/25/07 |
| Access to Travel<br>3452 East Foothill Blvd, Suite 120<br>Pasadena, CA 91107 | Lease dated 2/8/11 |
| ADT Security Services, Inc.<br>4161 E. La Palma Ave.<br>Anaheim, CA 92807 | Commercial Sales Proposal/Agt dated 4/29/03 |
| AirBand California, LLC<br>3452 East Foothill Blvd, Suite PH5, Pasadena, CA 91107<br><br>AirBand Communications<br>14800 Landmark Blvd., Suite 500, Dallas, TX 75254 | Rooftop Access and License Agt dated 7/1/08 |
| Amtech Elevator Services<br>3041 Roswell Street<br>Los Angeles, CA 90065 | Master Maintenance Agreement dated 10/12/10 |
| Athens Services<br>PO Box 60009<br>City of Industry, CA 91716-0009 | Non-Hazardous Waste Removal Recycling and Disposal Agreement dated 5/28/08 |

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| Gateway Metro Center, LLC | | |
| | Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If   a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bankers Life and Casualty Company 3452 East Foothill Blvd, Suite 115 Pasadena, CA 91107 | Lease dated 7/22/09 |
| BonTerra Consulting Inc. 3452 East Foothill Blvd, Suite 420 Pasadena, CA 91107 | Lease dated 2/2/06 |
| BRJ & Associates, LLC 3452 East Foothill Blvd, Suite 1100 Pasadena, CA 91107 | Lease dated 4/23/08 |
| Canon Business Solutions 300 Commerce Square Boulevard Burlington, NJ 08016 | Maintenance Agreement dated 1/10/11 |
| Cbeyond Communications, LLC 320 Interstate North Parkway, SE Atlanta, GA 30339 | Service Order Contract dated 12/30/10 |
| Claudia Llanos, CPA 3452 East Foothill Blvd, Suite 120 Pasadena, CA 91107 | Lease dated 2/8/11 |
| Colliers International Inc. 865 South Figueroa Street, Suite 3500 Los Angeles, CA 90017 | Exclusive Lease Listing Agreement dated 8/15/09 |
| Commercial Assessment Consultants, Inc. 23744 Oakfield Road, Suite 204 Hidden Hills, CA 91302 | Letter agreement re Proposal for Services dated 2/12/09 |
| Communications Relay, LLC 3452 East Foothill Blvd, Suite 1100 Pasadena, CA 91107 | Lease dated 12/22/09 |

Form B6G - (12/07)                                                2007 USBC, Central District of California

| In re | Case No.: |
|-------|-----------|
| Gateway Metro Center, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Customized Therapeutics, LLC<br>3452 East Foothill Blvd, Suite 315<br>Pasadena, CA 91107 | Lease dated 6/15/10 |
| Dewey Pest Control<br>939 East Union Street<br>Pasadena, CA 91101 | Proposal dated 10/17/08<br>Service Agreement dated 10/4/02 |
| Dr. Robert S. Rose D.D.S.<br>3452 East Foothill Blvd, Suite 516<br>Pasadena, CA 91107 | Lease dated 10/8/09 |
| Eagles Financial Consultants<br>3452 East Foothill Blvd, Suite 522<br>Pasadena, CA 91107 | Lease dated 5/31/07 |
| Environmental Control<br>570 West Lambert Road #A<br>Brea, CA 92821 | Janitorial service proposal dated 2/24/09 |
| Eureka Aerospace, Inc.<br>3452 East Foothill Blvd, Suite 340<br>Pasadena, CA 91107 | Lease dated 4/26/07 |
| Forensis Group, Inc.<br>3452 East Foothill Blvd, Suite 1160<br>Pasadena, CA 91107 | Lease dated 3/27/07 |

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re | | Case No.: | |
|---|---|---|---|
| Gateway Metro Center, LLC | Debtor. | | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Frederick Miller and Donald L. Wood<br>3452 East Foothill Blvd, Suite 1140<br>Pasadena, CA 91107 | Lease dated 8/22/07 |
| Fubon Securites USA, LLC<br>3452 East Foothill Blvd, Suite 100<br>Pasadena, CA 91107 | Lease dated 4/1/09 |
| Gary Margolis Accountancy Corporation<br>3452 East Foothill Blvd, Suite 125 & 135<br>Pasadena, CA 91107 | Lease dated 12/3/10 |
| Gary Och, Esquire<br>3452 East Foothill Blvd, Suite 120<br>Pasadena, CA 91107 | Lease dated 2/8/11 |
| Globalink Securities Inc.<br>3452 East Foothill Blvd, Suite 1040<br>Pasadena, CA 91107 | Lease dated 7/15/11 |
| Grace & Blomberg, Inc.<br>3452 East Foothill Blvd, Suite 360<br>Pasadena, CA 91107 | Lease dated 9/25/09 |
| IDG Asia, Inc.<br>3452 East Foothill Blvd, Suite 620<br>Pasadena, CA 91107 | Lease dated 6/2/11 |
| J.A. International, Inc.<br>(Valleyfresh North America LLC)<br>3452 East Foothill Blvd, Suite 500<br>Pasadena, CA 91107 | Lease dated 12/14/07 |

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Gateway Metro Center, LLC | |
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If   a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jonette Phillips dba State Farm Insurance Agency<br>3452 East Foothill Blvd, Suite 320<br>Pasadena, CA 91107 | Lease dated 2/5/09 |
| Los Angeles SMSA Limited Partnership dba Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | Ground Lease Agreement dated 4/1/94 |
| Madison Realty Equities, LLC<br>3452 East Foothill Blvd, Suite 200<br>Pasadena, CA 91107 | Lease dated 5/3/11<br>Lease dated 5/17/11 |
| Mark S. Seiler & Frederick Benson<br>3452 East Foothill Blvd, Suite 400<br>Pasadena, CA 91107 | Lease dated 12/1/09 |
| MJ Consulting Group, Inc.<br>3452 East Foothill Blvd, Suite 305<br>Pasadena, CA 91107 | Lease dated 10/1/10 |
| Modern Parking<br>1200 Wilshire Blvd, Suite 300<br>Los Angeles, CA 90017 | Service Agreement dated 7/1/07 |
| Panda Restaurant Group, Inc.<br>(Panda Inn)<br>1683 Walnut Grove Avenue<br>Rosemead, CA 91770-3711 | Letter Agreement dated 1/28/04 |

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| Gateway Metro Center, LLC | | |
| | Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide
the names and complete mailing addresses of all other parties to each lease or contract described.  If   a minor child is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John
Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Polenzani Benefits and Insurance Services, LLC<br>3452 East Foothill Blvd, Suite 514<br>Pasadena, CA 91107 | Lease dated 9/28/09 |
| Preferred Response Security Services, Inc.<br>707 Wilshire Boulevard, 35th Floor<br>Los Angeles, CA 90017 | Security Services Agreement dated 2/12/08 |
| Russell Realty Group, Inc./Real Estate Alliance<br>3452 East Foothill Blvd, Suite 800<br>Pasadena, CA 91107 | Lease dated 7/27/10 |
| Setpoint Systems Corporation<br>1360 Reynolds Avenue, Suite 105<br>Irvine, CA 92614 | Standard Service Agreement dated 6/9/11 |
| Silver Dream Productions, Inc.<br>3452 East Foothill Blvd, Suite 620<br>Pasadena, CA 91107 | Lease dated 6/2/11 |
| Skeehan & Company<br>180 South Lake Avenue, 7th Floor<br>Pasadena, CA 91101 | Fixed Price Agreement dated 3/4/02 |
| Skyriver Communications, Inc.<br>9370 Chesapeake Drive Suite 150<br>San Diego, CA 92123 | License dated 6/7/06 |

Form B6G - (12/07)                                                    2007 USBC, Central District of California

| In re Gateway Metro Center, LLC | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If   a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Starlite, Inc. 3452 East Foothill Blvd, Suite 620 Pasadena, CA 91107 | Lease dated 6/2/11 |
| Statewide Direct Insurance Services, Inc. 3452 East Foothill Blvd, Suite 518 Pasadena, CA 91107 | Lease dated 10/23/09 |
| Stay Green Inc. 26415 Summit Circle Santa Clarita, CA 91350 | Landscape Maintenance Specification and Agreement dated 6/1/09 |
| Stover & Stover 3452 East Foothill Blvd, Suite 1010 Pasadena, CA 91107 | Lease dated 6/11/09 |
| Sun Star International Group, Inc. 3452 East Foothill Blvd, Suite 520 Pasadena, CA 91107 | Lease dated 3/25/11 |
| TBEA USA Corporation 3452 East Foothill Blvd, Suite 1020 Pasadena, CA 91107 | Lease dated 3/10/08 |
| The Princeton Review, Inc. 3452 East Foothill Blvd, Suite 322 Pasadena, CA 91107 | Lease dated 4/15/10 |
| The Ruth Group 111 Speen St, Suite 550 Framingham, MA 01701 | Management Agreement dated 5/30/08 |

Form B6G - (12/07)                                                                    2007 USBC, Central District of California

| In re  Gateway Metro Center, LLC | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide
the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John
Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Tom Wu and Bichhanh T. Wu 3452 East Foothill Blvd, Suite 526 Pasadena, CA 91107 | Lease dated 10/29/10 |
| United States Government 3452 East Foothill Blvd, Suite 600 Pasadena, CA 91107 | Lease dated 1/26/11 |
| VNA of Greater Los Angeles, Inc. 3452 East Foothill Blvd, Suite 130 Pasadena, CA 91107 | Lease dated 2/5/09 |
| Weatherite Corporation Attn Lisa Brotherton 21211 Commerce Pointe Dr Walnut, CA 91789 | Service Agreement dated 10/16/09 |
| Yee & Belilove, LLP 3452 East Foothill Blvd, Suite 1000 Pasadena, CA 91107 | Lease dated 3/5/09 |
| Younghee Kim (Urban Café) 3452 East Foothill Blvd, Suite 120 Pasadena, CA 91107 | License Agreement dated 8/19/10 |

B 6H (Official Form 6H) (12/07)

In re  GATEWAY METRO CENTER, LLC    ,                    Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| John F. Pipia<br>3452 E Foothill Blvd<br>Suite 1170A<br>Pasadena, CA 91107 | M-Theory Financial Group<br>1820 Industrial Street<br>Suite 270<br>Los Angeles, CA  90021 |
| | |
| | |
| | |
| | |
| | |
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __GATEWAY METRO CENTER, LLC_____,    Case No. _____
                    Debtor                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                          Debtor

Date _____        Signature: _____
                                                   (Joint Debtor, if any)

                                 [If joint case, both spouses must sign.]

----------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____

_____

_____
Address

X _____
Signature of Bankruptcy Petition Preparer             Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

----------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __limited liability company_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _ 9/ 3 /11_____        Signature: _____

                                                      John F. Pipia
                                          [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

----------------------------------------------------------------------------

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

Howard J. Weg (State Bar No. 91057)
*hweg@pwkllp.com*
Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Telecopier: (310) 552-3101

Proposed Counsel for the Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Gateway Metro Center, LLC<br><br>      Debtor and Debtor in Possession | Case No.:<br><br>Chapter 11<br><br><br>**DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS** |

      The above-captioned debtor (the "Debtor") hereby submits the attached Statement of Financial Affairs (the "Statement of Financial Affairs"). The Debtor has attempted to provide complete and accurate information, but no assurance can be made that the information is complete and accurate, as the books and records of the Debtor have not been audited. The Debtor is, however, continuing to review and update the books and records and other financial information, and the information provided in the Statement of Financial Affairs, and the attached exhibits, may need to be augmented or corrected in the future. Nothing contained in or omitted from the Statement of Financial Affairs and attached exhibits constitutes or should be deemed an admission by the Debtor, and the Debtor reserves the right to amend the Statement of Financial Affairs and attached exhibits periodically to the extent necessary to reflect new or additional information.

      Any failure to designate a claim or lien listed on the Statement of Financial Affairs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or lien is not "disputed," "contingent," or "unliquidated."  The Debtor reserves the right to

dispute, or to assert offsets or defenses to, (i) any claim reflected on the Statement of Financial Affairs as to amount, liability, priority, or classification, or (ii) any lien reflected on the Statement of Financial Affairs as to validity, priority, or extent, or to otherwise subsequently designate any claim or lien as "disputed," "contingent," or "unliquidated." Similarly, the designation of a contract or lease as "executory" does not constitute an admission by the Debtor that such contract or lease exists or is in fact "executory," and the Debtor reserves the right to dispute that such contract or lease exists or is in fact "executory."

Dated: September 6, 2011                  PEITZMAN, WEG & KEMPINSKY LLP

                                          By:    /s/ Lorie A. Ball
                                                Lorie A. Ball
                                          Proposed Counsel for Gateway Metro Center, LLC

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re:  GATEWAY METRO CENTER, LLC _____,        Case No. _____
                  Debtor                                                                 (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

    1.    **Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **1/1/11- 6/30/11 - $1,219,624.28** | **operation of business** |
| **1/1/10 - 12/31/10 -$2,725,327.35** | **operation of business** |
| **1/1/09 - 12/31/09 - $3,046,184.62** | **operation of business** |

2

**2.    Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                         SOURCE

---

**3.    Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Exhibit 3b. | | | |

---

[*]*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

3

None

☐    c.  *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached Exhibit 3c.

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Pacific Starr Pasadena LLC v. DLJ Accounting, Inc., Case No. GC046686 | collection of rents & costs | Superior Court of CA Los Angeles County | Judgment in favor of Debtor entered 3/7/11 |
| Gateway Metro Center LLC v. Ferns, Adams & Assoc., Case No. PAS 11S00599 | collection of rents & costs | Pasadena Small Claims Court, Los Angeles County | Judgment in favor of Debtor entered 8/3/11 |

None

☑    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None

☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

4

**6.   Assignments and receiverships**

None 
a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | | TERMS OF |
|---|---|---|
| NAME AND ADDRESS | DATE OF | ASSIGNMENT |
| OF ASSIGNEE | ASSIGNMENT | OR SETTLEMENT |

None 
b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | NAME AND LOCATION | | DESCRIPTION |
|---|---|---|---|
|  | OF COURT | | AND VALUE |
| NAME AND ADDRESS | | DATE OF | |
| OF CUSTODIAN | CASE TITLE & NUMBER | ORDER | Of PROPERTY |

---

**7.   Gifts**

None 
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | RELATIONSHIP | | DESCRIPTION |
|---|---|---|---|
| OF PERSON | TO DEBTOR, | DATE | AND VALUE |
| OR ORGANIZATION | IF ANY | OF GIFT | OF GIFT |

---

**8.   Losses**

None
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION | DESCRIPTION OF CIRCUMSTANCES AND, IF | | |
|---|---|---|---|
| AND VALUE OF | LOSS WAS COVERED IN WHOLE OR IN PART | DATE | |
| PROPERTY | BY  INSURANCE, GIVE PARTICULARS | OF LOSS | |

---

**9.    Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See attached Exhibit 9.

---

**10.    Other transfers**

None ☑    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑    b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.    Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Torrey Pines (WAL) | Business Money Market Acct. No. 5915, $14,858.28 | 5/2/2011 |

---

6

**12.  Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.   Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 .  Nature, location and name of business**

None ☑ a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☑    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, records and financial statements**

None
☐    a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Skeehan & Company, Attn: Joseph Skeehan, President 180 S. Lake Ave, 7th Floor, Pasadena, CA 91101 | October 3, 2006 - present |

None
☐    b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

See attached Exhibit 19.

None ☐    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

     NAME                                        ADDRESS

    See attached Exhibit 19.

None ☐    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

       NAME AND ADDRESS                          DATE ISSUED

      See attached Exhibit 19.

---

**20.  Inventories**

None ☐    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 10/3/06 | Accounting Records | $2,831,287  cost basis |
| 6/30/11 | Accounting Records | $2,041,188  cost basis |

None ☐    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 10/3/06 | Skeehan & Company, 180 S. Lake Ave 7th Floor Pasadena |
| 6/30/11 | Skeehan & Company, 180 S. Lake Ave 7th Floor Pasadena |

**21 .  Current Partners, Officers, Directors and Shareholders**

None ☑    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

     NAME AND ADDRESS            NATURE OF INTEREST      PERCENTAGE OF INTEREST

None ☐    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

See attached Exhibit 21b.

10

**22 . Former partners, officers, directors and shareholders**

None ☑    a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

        NAME                 ADDRESS         DATE OF WITHDRAWAL

None ☑    b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

        NAME AND ADDRESS           TITLE            DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See attached Exhibit 23.

---

**24.  Tax Consolidation Group.**

None ☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

        NAME OF PARENT CORPORATION      TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25.  Pension Funds.**

None ☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

        NAME OF PENSION FUND         TAXPAYER-IDENTIFICATION NUMBER (EIN)



\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of Debtor _____

Date _____    Signature of Joint Debtor (if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    9/3/11    Signature _____

Print Name and Title    John F. Pipia, President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

42 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# Statement of Financial Affairs
# Exhibit 3b.

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**
06/11 Through 06/11

Page: 1
Date: 8/3/2011
Time: 04:23 PM

| Check # | Check Date | Check Pd Reference | Entity | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2615 | 6/1/2011 | 06/11 | GATEWY 6/11 Cell Phn Reimb | JOHACO | John Acorda 4400-0000 | 060111 | 6/1/2011 | 6/1/2011 | 25.00 | 0.00 | 25.00 |
| | | | | | | | | Check Total: | 25.00 | 0.00 | 25.00 |
| 2616 | 6/1/2011 | 06/11 | GATEWY 6/11 Cell Phn Reimb | STEWEC | Steve Weck 4400-1000 | 060111 | 6/1/2011 | 6/1/2011 | 25.00 | 0.00 | 25.00 |
| | | | | | | | | Check Total: | 25.00 | 0.00 | 25.00 |
| 2618 | 6/2/2011 | 06/11 | GATEWY 4/22-5/24/11 srv | CITPAS | City of Pasadena 4260-0000 | 3592896-053111 | 5/31/2011 | 5/31/2011 | 966.22 | 0.00 | 966.22 |
| | | | | | | | | Check Total: | 966.22 | 0.00 | 966.22 |
| 2619 | 6/2/2011 | 06/11 | GATEWY 4/26-5/24/11 Electric | CITPAS | City of Pasadena 4247-0000 | 3592920-052511 | 5/25/2011 | 5/25/2011 | 23,630.05 | 0.00 | 23,630.05 |
| | | | | | | | | Check Total: | 23,630.05 | 0.00 | 23,630.05 |
| 2620 | 6/2/2011 | 06/11 | GATEWY 4/22-5/24/11 srv | CITPAS | City of Pasadena 4250-0000 | 3592846-053111 | 5/31/2011 | 5/31/2011 | 102.09 | 0.00 | 102.09 |
| | | | | | | | | Check Total: | 102.09 | 0.00 | 102.09 |
| 2621 | 6/2/2011 | 06/11 | GATEWY Ste 530 Space Planning | CREENE | Creative Energy Design Inc. 5614-0000 | 10887 | 5/14/2011 | 5/14/2011 | 188.55 | 0.00 | 188.55 |
| | | | GATEWY Ste 1040 Space Plannin | | 5614-0000 | 10988 | 5/14/2011 | 5/14/2011 | 85.00 | 0.00 | 85.00 |
| | | | | | | | | Check Total: | 273.55 | 0.00 | 273.55 |
| 2622 | 6/2/2011 | 06/11 | GATEWY DLJ Legal | KIT01 | KIMBALL, TIREY & ST. JOHN LLP 5603-0000 | 554749 | 5/13/2011 | 5/13/2011 | 786.45 | 0.00 | 786.45 |
| | | | GATEWY eCivis Legal | | 5602-0000 | 554760 | 5/13/2011 | 5/13/2011 | 1,168.50 | 0.00 | 1,168.50 |
| | | | | | | | | Check Total: | 1,954.95 | 0.00 | 1,954.95 |
| 2623 | 6/2/2011 | 06/11 | GATEWY 6/11 Sweeping | TODSWE | TODDCO Sweeping Co. Inc. 4242-0000 | 15800 | 6/1/2011 | 6/1/2011 | 195.00 | 0.00 | 195.00 |
| | | | | | | | | Check Total: | 195.00 | 0.00 | 195.00 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**
06/11 Through 06/11

Page: 2
Date: 8/3/2011
Time: 04:23 PM

| Check # Entity | Check Date Reference | Check Pd | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2624 GATEWY | 6/6/2011 6/15/11 Payroll | 06/11 | TRGPAR | TRG Partners Inc. 4400-1000 | 061511-eng | 6/15/2011 | 6/15/2011 | 3,418.81 | 0.00 | 3,418.81 |
| | | | | | | | Check Total: | 3,418.81 | 0.00 | 3,418.81 |
| 2625 GATEWY | 6/6/2011 6/15/11 Payroll | 06/11 | TRGPAR | TRG Partners Inc. 4400-0000 | 061511-pm | 6/15/2011 | 6/15/2011 | 2,240.81 | 0.00 | 2,240.81 |
| | | | | | | | Check Total: | 2,240.81 | 0.00 | 2,240.81 |
| 2626 GATEWY | 6/8/2011 | | JOHACO | John Acorda | | | | | | |
| GATEWY | Lowes - table pots | | | 4215-0000 | 060711 | 6/7/2011 | 6/7/2011 | 79.11 | 0.00 | 79.11 |
| GATEWY | Home Depot - Plants | | | 4215-0000 | 060711 | 6/7/2011 | 6/7/2011 | 114.43 | 0.00 | 114.43 |
| GATEWY | Ralphs - FLS supplies | | | 4152-0000 | 060711 | 6/7/2011 | 6/7/2011 | 47.34 | 0.00 | 47.34 |
| | | | | | | | Check Total: | 240.88 | 0.00 | 240.88 |
| 2627 GATEWY | 6/15/2011 Ferns & Adams server | 06/11 | ONEHOU | One Hour Legal 4502-0000 | 330895 | 6/15/2011 | 6/15/2011 | 70.00 | 0.00 | 70.00 |
| | | | | | | | Check Total: | 70.00 | 0.00 | 70.00 |
| 2628 GATEWY | 6/17/2011 7/11 Security Monitoring | 06/11 | ADSE16 | ADT SECURITY SYSTEMS INC 4152-0000 | 49289610 | 6/4/2011 | 6/4/2011 | 363.37 | 0.00 | 363.37 |
| | | | | | | | Check Total: | 363.37 | 0.00 | 363.37 |
| 2629 GATEWY | 6/17/2011 6/11 Trash | 06/11 | AMEVAS | American Waste Industries 4232-0000 | Jun 2011 | 5/31/2011 | 5/31/2011 | 951.83 | 0.00 | 951.83 |
| | | | | | | | Check Total: | 951.83 | 0.00 | 951.83 |
| 2630 GATEWY | 6/17/2011 6/11 Water Treatment | 06/11 | AQUTEC | Aqua Tech Water Management 4236-1000 | 1441 | 6/1/2011 | 6/1/2011 | 435.00 | 0.00 | 435.00 |
| | | | | | | | Check Total: | 435.00 | 0.00 | 435.00 |
| 2631 GATEWY | 6/17/2011 6/11 Cbeyond Voice/Dat | 06/11 | CBEYON | Cbeyond 4307-0000 | 12343347 | 5/31/2011 | 5/31/2011 | 451.96 | 0.00 | 451.96 |
| | | | | | | | Check Total: | 451.96 | 0.00 | 451.96 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**
06/11 Through 06/11

Page: 3
Date: 8/3/2011
Time: 04:23 PM

| Check # | Check Date | Check Pd | Entity | Reference | Vendor/Alternate Address ID | P.O. Number | Vendor Name | Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2632 | 6/17/2011 | 06/11 | | | DEWEY | | Dewey Pest Control | | | | | | | |
| | | | GATEWY | 6/11 Pigeon Maint | | | | 4244-0000 | 6446410 | 5/27/2011 | 5/27/2011 | 75.00 | 0.00 | |
| | | | GATEWY | 6/11 Pest Control | | | | 4244-0000 | 6474422 | 5/27/2011 | 5/27/2011 | 75.00 | 0.00 | |
| | | | | | | | | | | | Check Total: | 150.00 | 0.00 | 150.00 |
| 2633 | 6/17/2011 | 06/11 | | | ENVCON | | Environment Control Building Maint | | | | | | | |
| | | | GATEWY | 6/11 Janitorial | | | | 4240-0000 | 803930 | 6/1/2011 | 6/1/2011 | 4,217.02 | 0.00 | |
| | | | GATEWY | 6/11 Dayporter | | | | 4240-1000 | 803930 | 6/1/2011 | 6/1/2011 | 2,633.04 | 0.00 | |
| | | | | | | | | | | | Check Total: | 6,850.06 | 0.00 | 6,850.06 |
| 2634 | 6/17/2011 | 06/11 | | | F11PRO | | F11 Productions | | | | | | | |
| | | | GATEWY | 2011 Annual Fire Drill | | | | 4152-0000 | 063111 | 6/14/2011 | 6/14/2011 | 1,081.59 | 0.00 | |
| | | | | | | | | | | | Check Total: | 1,081.59 | 0.00 | 1,081.59 |
| 2635 | 6/17/2011 | 06/11 | | | KENELE | | Ken Electrical Inc. | | | | | | | |
| | | | GATEWY | Ste 800 Electrical | | | | 1405-0000 | 1548 | 6/13/2011 | 6/13/2011 | 120.00 | 0.00 | |
| | | | | | | | | | | | Check Total: | 120.00 | 0.00 | 120.00 |
| 2636 | 6/17/2011 | 06/11 | | | MPI | | Modern Parking Inc. | | | | | | | |
| | | | GATEWY | 5/11 MPI Statement | | | | 3030-3000 | May 2011 | 5/31/2011 | 5/31/2011 | -402.50 | 0.00 | |
| | | | GATEWY | 5/11 MPI Statement | | | | 4606-0000 | May 2011 | 5/31/2011 | 5/31/2011 | 492.58 | 0.00 | |
| | | | GATEWY | 5/11 MPI Statement | | | | 4606-1000 | May 2011 | 5/31/2011 | 5/31/2011 | 2,031.00 | 0.00 | |
| | | | GATEWY | 5/11 MPI Statement | | | | 4606-2000 | May 2011 | 5/31/2011 | 5/31/2011 | 462.00 | 0.00 | |
| | | | GATEWY | 5/11 MPI Statement | | | | 4606-4000 | May 2011 | 5/31/2011 | 5/31/2011 | 18.00 | 0.00 | |
| | | | | | | | | | | | Check Total: | 2,601.08 | 0.00 | 2,601.08 |
| 2637 | 6/17/2011 | 06/11 | | | ROYPAP | | Royal Paper Corporation | | | | | | | |
| | | | GATEWY | 6/11 Janitorial Supplies | | | | 4239-0000 | 4234656 | 6/8/2011 | 6/8/2011 | 542.72 | 0.00 | |
| | | | | | | | | | | | Check Total: | 542.72 | 0.00 | 542.72 |
| 2638 | 6/17/2011 | 06/11 | | | SCAQMID | | South Coast A. Q. M. D. | | | | | | | |
| | | | GATEWY | 2011 Emissions Test | | | | 4954-0000 | 2339369 | 6/2/2011 | 6/2/2011 | 112.85 | 0.00 | |
| | | | | | | | | | | | Check Total: | 112.85 | 0.00 | 112.85 |

Database: RUTHGROUP
ENTITY: GATEWY

Check Register
Ruth Group
Gateway Metro Center
06/11 Through 08/11

Page: 4
Date: 8/3/2011
Time: 04:23 PM

| Check # Entity | Check Date Reference | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2639 GATEWY | 8/17/2011 06/11 Diesel Generator Inspec | SCACMD | South Coast A. Q. M. D. 4152-0000 | 2333328 | 8/2/2011 | 8/2/2011 | 607.12 | 0.00 | 607.12 |
| | | | | | | Check Total: | 607.12 | 0.00 | 607.12 |
| 2640 GATEWY | 8/17/2011 06/11 Ste 516 Plumbing | SEBWAT | Sebastian Waterworks Inc. 1405-0000 | 57577 | 5/25/2011 | 5/25/2011 | 685.00 | 0.00 | 685.00 |
| | | | | | | Check Total: | 685.00 | 0.00 | 685.00 |
| 2641 GATEWY | 8/17/2011 06/11 Building Lights | SITSTU | Site Stuff Inc. 4225-0000 | 1685658 | 4/12/2011 | 4/12/2011 | 167.38 | 0.00 | 167.38 |
| | | | | | | Check Total: | 167.38 | 0.00 | 167.38 |
| 2642 GATEWY | 8/17/2011 06/11 Landscaping | STAGRE | Stay Green, Inc. 4214-0000 | 18069 | 8/1/2011 | 8/1/2011 | 851.10 | 0.00 | 851.10 |
| | | | | | | Check Total: | 851.10 | 0.00 | 851.10 |
| 2643 GATEWY | 8/17/2011 06/11 Payroll | TRGPAR | TRG Partners Inc. 4400-1000 | 063011-eng | 6/30/2011 | 6/30/2011 | 3,020.43 | 0.00 | 3,020.43 |
| | | | | | | Check Total: | 3,020.43 | 0.00 | 3,020.43 |
| 2644 GATEWY | 8/17/2011 06/11 Payroll | TRGPAR | TRG Partners Inc. 4400-0000 | 063011-pm | 6/30/2011 | 6/30/2011 | 2,240.81 | 0.00 | 2,240.81 |
| | | | | | | Check Total: | 2,240.81 | 0.00 | 2,240.81 |
| 2645 GATEWY | 8/17/2011 06/11 Office Supplies | UNIMA | United Imaging 4414-0000 | 819533 | 6/6/2011 | 6/6/2011 | 704.55 | 0.00 | 704.55 |
| | | | | | | Check Total: | 704.55 | 0.00 | 704.55 |
| 2646 GATEWY | 8/17/2011 06/11 10th Flr Damper Rpr | WEACOR | Weatherite Corporation 4237-0000 | L147756 | 5/20/2011 | 5/20/2011 | 354.00 | 0.00 | 354.00 |
| | | | | | | Check Total: | 354.00 | 0.00 | 354.00 |
| 2647 GATEWY | 8/17/2011 06/11 Ste 1000 signage | ZPRODU | Z Products 1405-0000 | 29412 | 3/31/2011 | 3/31/2011 | 26.15 | 0.00 | 26.15 |

Exhibit 3b.
4 of 25

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**
06/11 Through 06/11

Page: 5
Date: 8/3/2011
Time: 04:23 PM

| Check # | Check Date | Check Pd | Reference | Entity | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ste 400 Tenant Signage | GATEWY | | 1405-0000 | 29413 | 3/31/2011 | 3/31/2011 | 86.91 | 0.00 | 86.91 |
| | | | Bldg Signage | GATEWY | | 4241-0000 | 29425 | 3/31/2011 | 3/31/2011 | 33.34 | 0.00 | 33.34 |
| | | | Ste 800 signage | GATEWY | | 1405-0000 | 29426 | 3/31/2011 | 3/31/2011 | 65.16 | 0.00 | 65.16 |
| | | | | | | | | | Check Total: | 211.56 | 0.00 | 211.56 |
| 2648 | 6/17/2011 | 06/11 | 6/11-7/10/11 srv | GATEWY | ATT | AT & T 4307-0000 | 2129-061111 | 6/11/2011 | 6/11/2011 | 40.72 | 0.00 | 40.72 |
| | | | | | | | | | Check Total: | 40.72 | 0.00 | 40.72 |
| 2649 | 6/17/2011 | 06/11 | Insurance Payment | GATEWY | CNA | CNA Insurance 1475-0000 | 0120908812-0610 | 6/10/2011 | 6/10/2011 | 2,757.01 | 0.00 | 2,757.01 |
| | | | | | | | | | Check Total: | 2,757.01 | 0.00 | 2,757.01 |
| 2650 | 6/17/2011 | 06/11 | 5/12-6/13/11 gas | GATEWY | THEGAS | The Gas Company 4248-0000 | 0596187943-0615/06152011 | 6/15/2011 | 6/15/2011 | 1,979.91 | 0.00 | 1,979.91 |
| | | | | | | | | | Check Total: | 1,979.91 | 0.00 | 1,979.91 |
| 2651 | 6/21/2011 | 06/11 | 6/11 FLS Phone Lines | GATEWY | ATT | AT & T 4307-0000 | 5121-060411 | 6/4/2011 | 6/4/2011 | 188.79 | 0.00 | 188.79 |
| | | | | | | | | | Check Total: | 188.79 | 0.00 | 188.79 |
| 2653 | 6/21/2011 | 06/11 | Security Deposit Refund | GATEWY | SPHSTA | Spherion Staffing, LLC 2010-0000 | sec dep ref | 6/21/2011 | 6/21/2011 | 400.12 | 0.00 | 400.12 |
| | | | | | | | | | Check Total: | 400.12 | 0.00 | 400.12 |
| 2654 | 6/27/2011 | 06/11 | Security Deposit Refund | GATEWY | RLOPEZ | Richard M. Lopez 2010-0000 | sec dep ref | 6/21/2011 | 6/21/2011 | 2,888.35 | 0.00 | 2,888.35 |
| | | | | | | | | | Check Total: | 2,888.35 | 0.00 | 2,888.35 |
| 2655 | 6/28/2011 | 06/11 | 6/11 Management Fee | GATEWY | TRGPAR | TRG Partners Inc. 4252-0000 | 063011-mgtfee | 6/30/2011 | 6/30/2011 | 3,397.94 | 0.00 | 3,397.94 |
| | | | | | | | | | Check Total: | 3,397.94 | 0.00 | 3,397.94 |
| 2660 | 6/30/2011 | 06/11 | | | CHIENG | Chiramate Engineering Inc. | | | | | | |

Exhibit 3b.
5 of 25

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
Ruth Group
Gateway Metro Center

06/11 Through 06/11

Page: 6
Date: 8/3/2011
Time: 04:23 PM

| Check # | Check Date | Check Pd | Vendor/Alternate Address ID | Vendor Name | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Entity Reference | P.O. Number | Account Number | | | | | | |
| | | GATEWY 10th Flr HVAC work | | 4237-0000 | 060711B | 6/7/2011 | 6/7/2011 | 1,150.00 | 0.00 | 1,150.00 |
| 2661 | 6/30/2011 | 06/11 | FORCAR | Fortuna Carpet & Interiors Inc. | | | Check Total: | 1,150.00 | 0.00 | 1,150.00 |
| | | GATEWY Ste 530 Carpet | | 1674-0530 | JUL1022 | 6/20/2011 | 6/20/2011 | 2,837.00 | 0.00 | 2,837.00 |
| 2662 | 6/30/2011 | 06/11 | FORCAR | Fortuna Carpet & Interiors Inc. | | | Check Total: | 2,837.00 | 0.00 | 2,837.00 |
| | | GATEWY Ste 200 Carpet | | 1674-0200 | JUL1020 | 6/20/2011 | 6/20/2011 | 450.00 | 0.00 | 450.00 |
| | | GATEWY Ste 1040 Carpet | | 1674-1040 | JUL1020 | 6/20/2011 | 6/20/2011 | 200.00 | 0.00 | 200.00 |
| 2663 | 6/30/2011 | 06/11 | FORCAR | Fortuna Carpet & Interiors Inc. | | | Check Total: | 650.00 | 0.00 | 650.00 |
| | | GATEWY Ste 1040 Carpet & VCT | | 1674-1040 | JUL1021 | 6/20/2011 | 6/20/2011 | 6,649.00 | 0.00 | 6,649.00 |
| 2664 | 6/30/2011 | 06/11 | JOHACO | John Acordia | | | Check Total: | 6,649.00 | 0.00 | 6,649.00 |
| | | GATEWY Pasadena Court House | | 4414-0000 | 062911 | 6/29/2011 | 6/29/2011 | 20.00 | 0.00 | 20.00 |
| | | GATEWY OSH - house plants | | 4216-0000 | 062911 | 6/29/2011 | 6/29/2011 | 59.22 | 0.00 | 59.22 |
| | | GATEWY Dollar Tree - decorations | | 4216-0000 | 062911 | 6/29/2011 | 6/29/2011 | 13.17 | 0.00 | 13.17 |
| | | GATEWY 99 Cent Store - decorati | | 4216-0000 | 062911 | 6/29/2011 | 6/29/2011 | 10.97 | 0.00 | 10.97 |
| 2665 | 6/30/2011 | 06/11 | KENELE | Ken Electrical Inc. | | | Check Total: | 103.36 | 0.00 | 103.36 |
| | | GATEWY Ste 700 Electrical | | 1405-0000 | 1535 | 4/6/2011 | 4/6/2011 | 720.00 | 0.00 | 720.00 |
| 2666 | 6/30/2011 | 06/11 | KENELE | Ken Electrical Inc. | | | Check Total: | 720.00 | 0.00 | 720.00 |
| | | GATEWY Ste 200 Electrical | | 1674-0200 | 1541 | 5/22/2011 | 5/22/2011 | 1,150.00 | 0.00 | 1,150.00 |
| 2667 | 6/30/2011 | 06/11 | KENELE | Ken Electrical Inc. | | | Check Total: | 1,150.00 | 0.00 | 1,150.00 |
| | | GATEWY 1st Flr Electrical Rpr | | 4224-0000 | 1546 | 6/2/2011 | 6/2/2011 | 160.00 | 0.00 | 160.00 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**
06/11 Through 06/11

Page: 7
Date: 8/3/2011
Time: 04:23 PM

| Check # | Check Date | Check Pd Entity Reference | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Check Total: | 160.00 | 0.00 | 160.00 |
| 2668 | 6/30/2011 | 06/11 GATEWY Ste 1040 Electrical | KENELE | Ken Electrical Inc. 1674-1040 | 1546 | 6/2/2011 | 6/2/2011 | 850.00 | 0.00 | 850.00 |
| | | | | | | | Check Total: | 850.00 | 0.00 | 850.00 |
| 2669 | 6/30/2011 | 06/11 GATEWY Ste 530 Electrical | KENELE | Ken Electrical Inc. 1674-0530 | 1547 | 6/8/2011 | 6/8/2011 | 1,500.00 | 0.00 | 1,500.00 |
| | | | | | | | Check Total: | 1,500.00 | 0.00 | 1,500.00 |
| 2670 | 6/30/2011 | 06/11 GATEWY Ste 530 Framing/T-Bar | TATFIX | Dong Tat 1674-0530 | 06-20-2011 | 6/20/2011 | 6/20/2011 | 8,145.00 | 0.00 | 8,145.00 |
| | | | | | | | Check Total: | 8,145.00 | 0.00 | 8,145.00 |
| 2671 | 6/30/2011 | 06/11 GATEWY Ste 1040 Demo Framing | TATFIX | Dong Tat 1674-1040 | 06-08-2011 | 6/8/2011 | 6/8/2011 | 1,400.00 | 0.00 | 1,400.00 |
| | | | | | | | Check Total: | 1,400.00 | 0.00 | 1,400.00 |
| 2672 | 6/30/2011 | 06/11 GATEWY Ste 530 Demo | TATFIX | Dong Tat 1674-0530 | 06-10-2011 | 6/10/2011 | 6/10/2011 | 1,450.00 | 0.00 | 1,450.00 |
| | | | | | | | Check Total: | 1,450.00 | 0.00 | 1,450.00 |
| 2673 | 6/30/2011 | 06/11 GATEWY Floor Signage | UNIMA | United Imaging 4228-0000 | 821804 | 6/28/2011 | 6/28/2011 | 97.89 | 0.00 | 97.89 |
| | | | | | | | Check Total: | 97.89 | 0.00 | 97.89 |
| 2674 | 6/30/2011 | 06/11 GATEWY Annual Chiller Prev Mair | WEACOR | Weatherite Corporation 4237-0000 | L147998 | 6/21/2011 | 6/21/2011 | 1,398.00 | 0.00 | 1,398.00 |
| | | | | | | | Check Total: | 1,398.00 | 0.00 | 1,398.00 |
| 2675 | 6/30/2011 | 06/11 GATEWY 6/11 Managment Fee | TRGPAR | TRG Partners Inc. 4252-0000 | 063011-gateway | 6/30/2011 | 6/30/2011 | 179.28 | 0.00 | 179.28 |

Exhibit 3b.
7 of 25

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**
06/11 Through 06/11

Page: 8
Date: 8/3/2011
Time: 04:23 PM

| Check # | Check Date | Check Pd | Entity / Reference | Vendor/Alternate Address ID / P.O. Number | Vendor Name / Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2676 | 6/30/2011 | 06/11 | GATEWY LC - Madison Realty | COLINT | Colliers International | | | | 179.28 | 0.00 | 179.28 |
| | | | | | | 744-200b | 7/1/2011 | 7/1/2011 | | | |
| | | | | | | | | Check Total: | 179.28 | 0.00 | 179.28 |
| 2676 | 6/30/2011 | 06/11 | GATEWY LC - Madison Realty | COLINT | Colliers International 1650-0200 | 744-200b | 7/1/2011 | 7/1/2011 | 2,645.58 | 0.00 | 2,645.58 |
| | | | | | | | | Check Total: | 2,645.58 | 0.00 | 2,645.58 |
| 2677 | 6/30/2011 | 06/11 | GATEWY LC - Starlite | COLINT | Colliers International 5902-0000 | 744-620 | 6/28/2011 | 6/28/2011 | 3,544.71 | 0.00 | 3,544.71 |
| | | | | | | | | Check Total: | 3,544.71 | 0.00 | 3,544.71 |
| 2678 | 6/30/2011 | 06/11 | | JOHACO | John Acorda | | | | | | |
| | | | GATEWY Lowes - Gardening | | 4224-0000 | 063011 | 6/30/2011 | 6/30/2011 | 141.28 | 0.00 | 141.28 |
| | | | GATEWY Harbor Freight Tools | | 4224-0000 | 063011 | 6/30/2011 | 6/30/2011 | 36.37 | 0.00 | 36.37 |
| | | | GATEWY Amazon - computer men | | 4224-0000 | 063011 | 6/30/2011 | 6/30/2011 | 85.43 | 0.00 | 85.43 |
| | | | | | | | | Check Total: | 263.08 | 0.00 | 263.08 |
| 2679 | 6/30/2011 | 06/11 | | STEWEC | Steve Weck | | | | | | |
| | | | GATEWY Misc Bldg Items | | 4224-0000 | 063011 | 6/30/2011 | 6/30/2011 | 57.41 | 0.00 | 57.41 |
| | | | GATEWY HVAC Repairs | | 4237-0000 | 063011 | 6/30/2011 | 6/30/2011 | 86.89 | 0.00 | 86.89 |
| | | | GATEWY Permit Ste 200 | | 1674-0200 | 063011 | 6/30/2011 | 6/30/2011 | 164.23 | 0.00 | 164.23 |
| | | | GATEWY Permit Ste 200 | | 1674-0200 | 063011 | 6/30/2011 | 6/30/2011 | 83.00 | 0.00 | 83.00 |
| | | | GATEWY Permit Ste 530 | | 1674-0530 | 063011 | 6/30/2011 | 6/30/2011 | 735.00 | 0.00 | 735.00 |
| | | | GATEWY Permit Ste 530 | | 1674-0530 | 063011 | 6/30/2011 | 6/30/2011 | 83.00 | 0.00 | 83.00 |
| | | | GATEWY Permit Ste 620 | | 1405-0000 | 063011 | 6/30/2011 | 6/30/2011 | 154.53 | 0.00 | 154.53 |
| | | | | | | | | Check Total: | 1,364.06 | 0.00 | 1,364.06 |
| 2694 | 6/30/2011 | 06/11 | GATEWY 5/11 Postage | TRGPAR | TRG Partners Inc. 4414-0000 | 053111-postage | 5/31/2011 | 5/31/2011 | 17.16 | 0.00 | 17.16 |
| | | | | | | | | Check Total: | 17.16 | 0.00 | 17.16 |
| 2695 | 6/30/2011 | 06/11 | GATEWY 6/11 Postage | TRGPAR | TRG Partners Inc. 4414-0000 | 063011-postage | 6/30/2011 | 6/30/2011 | 25.00 | 0.00 | 25.00 |
| | | | | | | | | Check Total: | 25.00 | 0.00 | 25.00 |

Database: RUTHGROUP
ENTITY: GATEWY

Check Register
Ruth Group
Gateway Metro Center

Page: 9
Date: 8/3/2011
Time: 04:23 PM

06/11 Through 06/11

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Gateway Metro Center Total: | | 103,596.73 | 0.00 | 103,596.73 |
| | | | | | | Grand Total: | | 103,596.73 | 0.00 | 103,596.73 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**

07/11 Through 07/11

Page: 1
Date: 8/18/2011
Time: 02:48 PM

| Check # Entity | Check Date Reference | Check Pd | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2658 GATEWY | 7/1/2011 7/11 Cell Phn Reimb | 07/11 | JOHACO | John Acorda 4307-0000 | 070111 | 7/1/2011 | 7/1/2011 | 25.00 | 0.00 | 25.00 |
| | | | | | | | Check Total: | 25.00 | 0.00 | 25.00 |
| 2659 GATEWY | 7/1/2011 7/11 Cell Phn Reimb | 07/11 | STEWEC | Steve Weck 4307-0000 | 070111 | 7/1/2011 | 7/1/2011 | 25.00 | 0.00 | 25.00 |
| | | | | | | | Check Total: | 25.00 | 0.00 | 25.00 |
| 2680 GATEWY | 7/1/2011 6/11-9/11 Elevator Srv | 07/11 | AMTELE | Amtech Elevator 4246-0000 | DVS072712611 | 5/20/2011 | 5/20/2011 | 4,095.00 | 0.00 | 4,095.00 |
| | | | | | | | Check Total: | 4,095.00 | 0.00 | 4,095.00 |
| 2681 GATEWY | 7/1/2011 7/11 Water Treatment | 07/11 | AQUTEC | Aqua Tech Water Management 4236-1000 | 1510 | 7/1/2011 | 7/1/2011 | 435.00 | 0.00 | 435.00 |
| | | | | | | | Check Total: | 435.00 | 0.00 | 435.00 |
| 2682 GATEWY | 7/1/2011 7/11 Voice/Data | 07/11 | CBEYON | Cbeyond 4307-0000 | 12402585 | 6/30/2011 | 6/30/2011 | 452.02 | 0.00 | 452.02 |
| | | | | | | | Check Total: | 452.02 | 0.00 | 452.02 |
| 2683 GATEWY | 7/1/2011 5/24-6/23/11 srv | 07/11 | CITPAS | City of Pasadena 4250-0000 | 3592896-0629 | 6/29/2011 | 6/29/2011 | 872.96 | 0.00 | 872.96 |
| | | | | | | | Check Total: | 872.96 | 0.00 | 872.96 |
| 2684 GATEWY | 7/1/2011 5/24-6/21/11 srv | 07/11 | CITPAS | City of Pasadena 4247-0000 | 3592920-0622 | 6/22/2011 | 6/22/2011 | 28,059.15 | 0.00 | 26,059.15 |
| | | | | | | | Check Total: | 26,059.15 | 0.00 | 26,059.15 |
| 2685 GATEWY | 7/1/2011 5/24-6/23/11 Water | 07/11 | CITPAS | City of Pasadena 4250-0000 | 3592946-0629 | 6/29/2011 | 6/29/2011 | 102.09 | 0.00 | 102.09 |
| | | | | | | | Check Total: | 102.09 | 0.00 | 102.09 |
| 2686 GATEWY | 7/1/2011 7/11 Pigeon Maint | 07/11 | DEWEY | Dewey Pest Control 4244-0000 | 6505213 | 6/28/2011 | 6/28/2011 | 75.00 | 0.00 | 75.00 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
Ruth Group
Gateway Metro Center

Page: 2
Date: 8/16/2011
Time: 02:48 PM

07/11 Through 07/11

| Check # | Check Date | Check Pd | Reference / Entity | Vendor/Alternate Address ID P.O. Number | Vendor Name / Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | GATEWY  7/11 Pest Control | | 4244-0000 | 6530475 | 6/28/2011 | 6/28/2011 | 75.00 | 0.00 | 75.00 |
| | | | | | | | | Check Total: | 75.00 | 0.00 | 75.00 |
| 2687 | 7/7/2011 | 07/11 | GATEWY  7/10-6/11 AQMD | SCAQMD | South Coast A. Q. M. D. 4954-0000 | 2358916 | 6/9/2011 | 6/9/2011 | 112.31 | 0.00 | 112.31 |
| | | | | | | | | Check Total: | 112.31 | 0.00 | 112.31 |
| 2688 | 7/7/2011 | 07/11 | GATEWY  7/11 Landscaping | STAGRE | Stay Green, Inc. 4214-0000 | 18493 | 7/1/2011 | 7/1/2011 | 851.10 | 0.00 | 851.10 |
| | | | | | | | | Check Total: | 851.10 | 0.00 | 851.10 |
| 2689 | 7/7/2011 | 07/11 | GATEWY  7/11 Sweeping | TODSWE | TODDCO Sweeping Co. Inc. 4242-0000 | 16044 | 7/1/2011 | 7/1/2011 | 195.00 | 0.00 | 195.00 |
| | | | | | | | | Check Total: | 195.00 | 0.00 | 195.00 |
| 2690 | 7/7/2011 | 07/11 | GATEWY  7/15/11 Payroll | TRGPAR | TRG Partners Inc. 4400-1000 | 071511 | 7/15/2011 | 7/15/2011 | 3,418.54 | 0.00 | 3,418.54 |
| | | | | | | | | Check Total: | 3,418.54 | 0.00 | 3,418.54 |
| 2691 | 7/7/2011 | 07/11 | GATEWY  7/15/11 Payroll | TRGPAR | TRG Partners Inc. 4400-0000 | 071511-pm | 7/15/2011 | 7/15/2011 | 2,261.23 | 0.00 | 2,261.23 |
| | | | | | | | | Check Total: | 2,261.23 | 0.00 | 2,261.23 |
| 2692 | 7/7/2011 | 07/11 | GATEWY  Toner/Cleaning Kit | UNIMA | United Imaging 4414-0000 | 321482 | 6/24/2011 | 6/24/2011 | 209.39 | 0.00 | 209.39 |
| | | | GATEWY  Office Supplies | | 4414-0000 | 812389 | 3/11/2011 | 3/11/2011 | 166.87 | 0.00 | 166.87 |
| | | | | | | | | Check Total: | 366.26 | 0.00 | 366.26 |
| 2693 | 7/7/2011 | 07/11 | GATEWY  Annual CoolingTower Mi | WEACOR | Weatherite Corporation 4237-0000 | L146053 | 8/15/2011 | 8/15/2011 | 930.00 | 0.00 | 930.00 |
| | | | | | | | | Check Total: | 930.00 | 0.00 | 930.00 |
| 2696 | 7/11/2011 | 07/11 | GATEWY  7/11 Trash | AMEWAS | American Waste Industries 4232-0000 | Jul 2011 | 6/30/2011 | 6/30/2011 | 951.83 | 0.00 | 951.83 |
| | | | | | | | | Check Total: | 951.83 | 0.00 | 951.83 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**
07/11 Through 07/11

Page: 3
Date: 8/16/2011
Time: 02:49 PM

| Check # | Check Date Entity | Check Pd Reference | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2697 | 7/11/2011 GATEWY | 07/11 Ste 1140 Paint/Patch | CHAPAI | Charley's Painting Inc. 1674-1140 | 051111 | 6/11/2011 | 6/11/2011 | 951.83 | 0.00 | 951.83 |
| | | | | | | | Check Total: | 951.83 | 0.00 | 951.83 |
| 2698 | 7/11/2011 GATEWY | 07/11 Ste 530 Paint | CHAPAI | Charley's Painting Inc. 1674-0530 | 062211 | 6/22/2011 | 6/22/2011 | 3,750.00 | 0.00 | 3,750.00 |
| | | | | | | | Check Total: | 3,750.00 | 0.00 | 3,750.00 |
| 2699 | 7/11/2011 GATEWY | 07/11 HVAC Disconnect Switd | CHIENG | Chinamate Engineering Inc. 4237-0600 | 071111A | 7/11/2011 | 7/11/2011 | 1,700.00 | 0.00 | 1,700.00 |
| | | | | | | | Check Total: | 1,700.00 | 0.00 | 1,700.00 |
| | | | | | | | | 900.00 | 0.00 | 900.00 |
| | | | | | | | Check Total: | 900.00 | 0.00 | 900.00 |
| 2700 | 7/11/2011 GATEWY | 07/11 Ste 200 | CREENE | Creative Energy Design Inc. 5614-0000 | 11060 | 6/19/2011 | 6/19/2011 | 680.00 | 0.00 | 680.00 |
| | GATEWY | Ste 530 Space Planning | | 5614-0000 | 11059 | 6/19/2011 | 6/19/2011 | 1,155.25 | 0.00 | 1,155.25 |
| | GATEWY | Ste 200 | | 5614-0000 | 11010 | 6/19/2011 | 6/19/2011 | 181.70 | 0.00 | 181.70 |
| | | | | | | | Check Total: | 2,016.95 | 0.00 | 2,016.95 |
| 2701 | 7/11/2011 GATEWY | 07/11 Ste 530 Spec Ste | CREENE | Creative Energy Design Inc. 5614-0000 | 11009 | 6/19/2011 | 6/19/2011 | 1,186.80 | 0.00 | 1,186.80 |
| | | | | | | | Check Total: | 1,186.80 | 0.00 | 1,186.80 |
| 2702 | 7/11/2011 GATEWY | 07/11 Ste 200/820 Keys | DOWLOC | Downtown Locksmiths Co. 4223-0000 | 27053 | 6/29/2011 | 6/29/2011 | 156.69 | 0.00 | 156.69 |
| | GATEWY | Ste 530 Glass Work | | 1674-0530 | 27051 | 6/24/2011 | 6/24/2011 | 941.68 | 0.00 | 941.68 |
| | | | | | | | Check Total: | 1,098.37 | 0.00 | 1,098.37 |
| 2703 | 7/11/2011 GATEWY | 07/11 Ste 310 TI | KENELE | Ken Electrical Inc. 5122-0000 | 1554 | 6/27/2011 | 6/27/2011 | 360.00 | 0.00 | 360.00 |
| | | | | | | | Check Total: | 360.00 | 0.00 | 360.00 |
| 2704 | 7/11/2011 | 07/11 | SEBWAT | Sebastian Waterworks Inc. | | | | 360.00 | 0.00 | 360.00 |

Database: RUTHGROUP
ENTITY: GATEWAY

**Check Register**
**Ruth Group**
**Gateway Metro Center**
07/11 Through 07/11

Page: 4
Date: 8/16/2011
Time: 02:49 PM

| Check # | Check Date | Check Pd | Entity / Reference | Vendor/Alternate Address ID / P.O. Number | Vendor Name / Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | GATEWY 1st Flr Plumbing | | 4210-0000 | 57601 | 5/19/2011 | 5/19/2011 | 665.00 | 0.00 | 665.00 |
| | | | | | | | | Check Total: | 665.00 | 0.00 | 665.00 |
| 2705 | 7/11/2011 | 07/11 | GATEWY RR Toilet Spud Repl | SEBWAT | Sebastian Waterworks Inc. 4210-0000 | 58969 | 11/19/2010 | 11/19/2010 | 225.00 | 0.00 | 225.00 |
| | | | | | | | | Check Total: | 225.00 | 0.00 | 225.00 |
| 2706 | 7/11/2011 | 07/11 | GATEWY 7th Flr Drain Piping Repl | SEBWAT | Sebastian Waterworks Inc. 4210-0000 | 57330 | 2/18/2011 | 2/18/2011 | 2,660.00 | 0.00 | 2,660.00 |
| | | | | | | | | Check Total: | 2,660.00 | 0.00 | 2,660.00 |
| 2707 | 7/11/2011 | 07/11 | GATEWY 1st Flr Basin Pump | SEBWAT | Sebastian Waterworks Inc. 4210-0000 | 57362 | 3/12/2011 | 3/12/2011 | 775.00 | 0.00 | 775.00 |
| | | | | | | | | Check Total: | 775.00 | 0.00 | 775.00 |
| 2708 | 7/11/2011 | 07/11 | GATEWY Ste 620 | TATFIX | Dong Tat 5122-0000 | 070511 | 7/5/2011 | 7/5/2011 | 1,120.00 | 0.00 | 1,120.00 |
| | | | | | | | | Check Total: | 1,120.00 | 0.00 | 1,120.00 |
| 2709 | 7/14/2011 | 07/11 | GATEWY Ste 200 Blinds | AMCO | AMCO 1674-0200 | 21876 | 7/5/2011 | 7/5/2011 | 170.00 | 0.00 | 170.00 |
| | | | | | | | | Check Total: | 170.00 | 0.00 | 170.00 |
| 2710 | 7/14/2011 | 07/11 | GATEWY Ste 530 Wallpaper Remv | CHAPAI | Charley's Painting Inc. 5121-0000 | 070811 | 7/8/2011 | 7/8/2011 | 960.00 | 0.00 | 960.00 |
| | | | GATEWY Ste 620 Paint | | 1674-0530 | 060911-1 | 6/9/2011 | 6/9/2011 | 400.00 | 0.00 | 400.00 |
| | | | | | | | | Check Total: | 1,360.00 | 0.00 | 1,360.00 |
| 2711 | 7/14/2011 | 07/11 | GATEWY Staples – report supplies | JOHACO | John Acosta 4414-0000 | 073111 | 7/13/2011 | 7/13/2011 | 113.56 | 0.00 | 113.56 |
| | | | GATEWY Mini Paint Removal | | 4218-0000 | 071311 | 7/13/2011 | 7/13/2011 | 225.00 | 0.00 | 225.00 |
| | | | | | | | | Check Total: | 338.56 | 0.00 | 338.56 |
| 2712 | 7/14/2011 | 07/11 | | KEMLAI | Kemp Lai | | | | 338.56 | 0.00 | 338.56 |

Exhibit 3b.
13 of 25

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
Ruth Group
Gateway Metro Center

07/11 Through 07/11

Page: 5
Date: 8/16/2011
Time: 02:49 PM

| Check #<br>Entity | Check Date<br>Check Pd Reference | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|
| | GATEWY Ste 530 Sink Installation | | 1674-0530 | 071311 | 7/13/2011 | 7/13/2011 | 1,250.00 | 0.00 | 1,250.00 |
| | | | | | | Check Total: | 1,250.00 | 0.00 | 1,250.00 |
| 2713<br>GATEWY | 7/14/2011 07/11<br>Ste 310 | TATFIX | Dong Tat<br>5121-0000 | 07112011 | 7/11/2011 | 7/11/2011 | 2,850.00 | 0.00 | 2,850.00 |
| | | | | | | Check Total: | 2,850.00 | 0.00 | 2,850.00 |
| 2714<br>GATEWY | 7/14/2011 07/11<br>7/31/11 Payroll | TRGPAR | TRG Partners Inc.<br>4400-0000 | 073111-pm | 7/31/2011 | 7/31/2011 | 2,261.23 | 0.00 | 2,261.23 |
| | | | | | | Check Total: | 2,261.23 | 0.00 | 2,261.23 |
| 2715<br>GATEWY | 7/14/2011 07/11<br>7/31/11 Payroll | TRGPAR | TRG Partners Inc.<br>4400-1000 | 073111-eng | 7/31/2011 | 7/31/2011 | 3,020.16 | 0.00 | 3,020.16 |
| | | | | | | Check Total: | 3,020.16 | 0.00 | 3,020.16 |
| 2716<br>GATEWY | 7/20/2011 07/11<br>8/11 ADT Monitoring | ADSE16 | ADT SECURITY SYSTEMS INC<br>4152-0000 | 51275942 | 7/9/2011 | 7/9/2011 | 363.37 | 0.00 | 363.37 |
| | | | | | | Check Total: | 363.37 | 0.00 | 363.37 |
| 2717<br>GATEWY | 7/20/2011 07/11<br>7/4-8/3/11 Phone | ATT | AT & T<br>4240-0000 | 5121-070411 | 7/4/2011 | 7/4/2011 | 193.53 | 0.00 | 193.53 |
| | | | | | | Check Total: | 193.53 | 0.00 | 193.53 |
| 2718<br>GATEWY | 7/20/2011 07/11<br>Ste 200 Painting | CHAPAI | Charley's Painting Inc.<br>5122-0000 | 060911-2 | 6/9/2011 | 6/9/2011 | 1,590.00 | 0.00 | 1,590.00 |
| | | | | | | Check Total: | 1,590.00 | 0.00 | 1,590.00 |
| 2719<br>GATEWY | 7/20/2011 07/11<br>Insurance | CNA | CNA Insurance<br>1475-0090 | 0120908812-0712 7/12/2011 | 7/12/2011 | 7/12/2011 | 2,757.01 | 0.00 | 2,757.01 |
| | | | | | | Check Total: | 2,757.01 | 0.00 | 2,757.01 |
| 2720<br>GATEWY | 7/20/2011 07/11<br>Generator Svc | CUMCAL | Cummins Cal Pacific, LLC<br>4152-0000 | 012-68501 | 5/4/2011 | 5/4/2011 | 816.47 | 0.00 | 816.47 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**

07/11 Through 07/11

Page: 6
Date: 8/16/2011
Time: 02:49 PM

| Check # | Check Date | Check Pd Reference | Entity | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2722 | 7/20/2011 | 07/11 | | ENVCON | Environment Control Building Maint | | | | | | |
| | | | GATEWY | Ste 100 Carpet Cleaning | 5122-0000 | 4114035 | 6/29/2011 | 6/29/2011 | 225.00 | 0.00 | |
| | | | GATEWY | 7/11 Contract | 4240-0000 | 807787 | 7/1/2011 | 7/1/2011 | 4,876.90 | 0.00 | |
| | | | GATEWY | 7/11 Dayporter | 4240-1000 | 807787 | 7/1/2011 | 7/1/2011 | 2,645.94 | 0.00 | |
| | | | GATEWY | Ste 200 Carpet Cleaning | 5122-0000 | 4114035 | 6/29/2011 | 6/29/2011 | 435.00 | 0.00 | |
| | | | GATEWY | 9th Flr Carpet Cleaning | 5122-0000 | 4114035 | 6/29/2011 | 6/29/2011 | 270.00 | 0.00 | |
| | | | GATEWY | 10th Flr Carpet Cleaning | 5122-0000 | 4114035 | 6/29/2011 | 6/29/2011 | 105.00 | 0.00 | |
| | | | | | | | | Check Total: | 8,557.84 | 0.00 | 8,557.84 |
| 2723 | 7/20/2011 | 07/11 | | KENELE | Ken Electrical Inc. | | | | | | |
| | | | GATEWY | Ste 620 Demo | 5122-0000 | 1552 | 6/25/2011 | 6/25/2011 | 200.00 | 0.00 | |
| | | | GATEWY | Ste 530 Plumbing | 1674-0530 | 1553 | 6/25/2011 | 6/25/2011 | 270.00 | 0.00 | |
| | | | | | | | | Check Total: | 470.00 | 0.00 | 470.00 |
| 2724 | 7/20/2011 | 07/11 | | MPI | Modern Parking Inc. | | | | | | |
| | | | GATEWY | 6/11 MPI Statement | 3030-3000 | June 2011 | 6/30/2011 | 6/30/2011 | -522.75 | 0.00 | |
| | | | GATEWY | 6/11 MPI Statement | 4606-0000 | June 2011 | 6/30/2011 | 6/30/2011 | 350.00 | 0.00 | |
| | | | GATEWY | 6/11 MPI Statement | 4606-1000 | June 2011 | 6/30/2011 | 6/30/2011 | 2,031.00 | 0.00 | |
| | | | GATEWY | 6/11 MPI Statement | 4606-2000 | June 2011 | 6/30/2011 | 6/30/2011 | 462.00 | 0.00 | |
| | | | GATEWY | 6/11 MPI Statement | 4606-4000 | June 2011 | 6/30/2011 | 6/30/2011 | 18.00 | 0.00 | |
| | | | | | | | | Check Total: | 2,338.25 | 0.00 | 2,338.25 |
| 2725 | 7/20/2011 | 07/11 | | ROYPAP | Royal Paper Corporation | | | | | | |
| | | | GATEWY | 7/11 Janitorial Supplies | 4239-0000 | 4240255 | 7/11/2011 | 7/11/2011 | 541.59 | 0.00 | |
| | | | | | | | | Check Total: | 541.59 | 0.00 | 541.59 |
| 2726 | 7/20/2011 | 07/11 | | SITSTU | Site Stuff Inc. | | | | | | |
| | | | GATEWY | Building Lights | 4195-0000 | 1749190 | 7/5/2011 | 7/5/2011 | 277.28 | 0.00 | |
| | | | | | | | | Check Total: | 277.28 | 0.00 | 277.28 |
| 2727 | 7/20/2011 | 07/11 | | THEGAS | The Gas Company | | | | | | |
| | | | GATEWY | 6/13-7/13/11 Gas | 4248-0000 | 056618794337-0711/7/15/2011 | 7/15/2011 | 7/15/2011 | 581.05 | 0.00 | 581.05 |

Exhibit 3b.
15 of 25

**Check Register**
**Ruth Group**
**Gateway Metro Center**

07/11 Through 07/11

Database: RUTHGROUP
ENTITY: GATEWY

Page: 7
Date: 8/16/2011
Time: 02:49 PM

| Check # / Entity | Check Date / Reference | Check Pd | Vendor/Alternate Address ID / P.O. Number | Vendor Name / Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Check Total: | 581.05 | 0.00 | 581.05 |
| 2728 GATEWY | 7/20/2011 Black Toner | 07/11 | UNIMA | United Imaging 4414-0000 | 823740 | 7/15/2011 | 7/15/2011 | 173.95 | 0.00 | 173.95 |
| | | | | | | | Check Total: | 173.95 | 0.00 | 173.95 |
| 2729 GATEWY | 7/20/2011 Ste 200 Framing/Wall T | 07/11 | TATFIX | Dong Tat 5122-0000 | 06-21-2011 | 6/21/2011 | 6/21/2011 | 3,175.00 | 0.00 | 3,175.00 |
| | | | | | | | Check Total: | 3,175.00 | 0.00 | 3,175.00 |
| 2730 GATEWY | 7/21/2011 Security Deposit Refund | 07/11 | DLAACC | DLJ Accounting 2010-0000 | secdepref | 7/21/2011 | 7/21/2011 | 6,702.50 | 0.00 | 6,702.50 |
| | | | | | | | Check Total: | 6,702.50 | 0.00 | 6,702.50 |
| 2732 GATEWY | 7/21/2011 Ste 530 Doors | 07/11 | EJR | EJR Door Division 1674-0530 | 1000004865-r | 6/23/2011 | 6/23/2011 | 2,933.95 | 0.00 | 2,933.95 |
| | | | | | | | Check Total: | 2,933.95 | 0.00 | 2,933.95 |
| 2733 GATEWY | 7/28/2011 7/4-8/10/11 srv | 07/11 | ATT | AT & T 4307-0000 | 2129-071111 | 7/1/2011 | 7/1/2011 | 40.29 | 0.00 | 40.29 |
| | | | | | | | Check Total: | 40.29 | 0.00 | 40.29 |
| 2734 GATEWY | 7/28/2011 Ste 810 Wallpaper | 07/11 | CHAPAI | Charley's Painting Inc. 5122-0000 | 072111 | 7/21/2011 | 7/21/2011 | 130.00 | 0.00 | 130.00 |
| | | | | | | | Check Total: | 130.00 | 0.00 | 130.00 |
| 2737 GATEWY | 7/29/2011 LC - Ste 1040 | 07/11 | COLINT | Colliers International 1650-1040 | 744-1040 | 7/28/2011 | 7/28/2011 | 6,516.22 | 0.00 | 6,516.22 |
| | | | | | | | Check Total: | 6,516.22 | 0.00 | 6,516.22 |
| 2751 GATEWY | 7/31/2011 Home Depot - Plant Mall | 07/11 | JOHACO | John Acorda 4216-0000 | 073111 | 7/31/2011 | 7/31/2011 | 46.92 | 0.00 | 46.92 |

Exhibit 3b.
16 of 25

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
Ruth Group
Gateway Metro Center

Page: 8
Date: 8/16/2011
Time: 02:48 PM

07/11 Through 07/11

| Check #  Entity | Check Date  Reference | Check Pd | Vendor/Alternate Address ID  P.O. Number | Vendor Name  Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2752 | 7/31/2011 | 07/11 | STEWEC | Steve Weck | | | | | | |
| GATEWY | 7/11 Expense Report | | | 4224-0000 | 072611 | 7/26/2011 | 7/26/2011 | 10.80 | 0.00 | 10.80 |
| GATEWY | 7/11 Expense Report | | | 4224-0000 | 072811 | 7/26/2011 | 7/26/2011 | 3.64 | 0.00 | 3.64 |
| GATEWY | 7/11 Expense Report | | | 4220-0000 | 072611 | 7/26/2011 | 7/26/2011 | 19.75 | 0.00 | 19.75 |
| GATEWY | 7/11 Expense Report | | | 4224-0000 | 072611 | 7/26/2011 | 7/26/2011 | 226.32 | 0.00 | 226.32 |
| | | | | | | | Check Total: | 260.51 | 0.00 | 260.51 |
| 2753 | 7/31/2011 | 07/11 | TRGPAR | TRG Partners Inc. | | | | | | |
| GATEWY | 7/11 Management Fee | | | 4252-0000 | 073011 | 7/30/2011 | 7/30/2011 | 3,718.75 | 0.00 | 3,718.75 |
| | | | | | | | Check Total: | 3,719.75 | 0.00 | 3,719.75 |
| | | | | | | | Gateway Metro Center Total: | 111,195.04 | 0.00 | 111,195.04 |
| | | | | | | | Grand Total: | 111,195.04 | 0.00 | 111,195.04 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**
08/11 Through 08/11

Page: 1
Date: 9/2/2011
Time: 10:04 AM

| Check # | Check Date | Check Pd Reference / Entity | Vendor/Alternate Address ID / P.O. Number | Vendor Name / Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2735 | 8/1/2011 | 08/11 GATEWY 8/11 Cell Pmt Reimb | JOHACO | John Acorda 4307-0000 | 080111 | 8/1/2011 | 8/1/2011 | 25.00 | 0.00 | 25.00 |
| | | | | | | | Check Total: | 25.00 | 0.00 | 25.00 |
| 2736 | 8/1/2011 | 08/11 GATEWY 8/11 Cell Pmt Reimb | STEWEC | Steve Weck 4307-0000 | 080111 | 8/1/2011 | 8/1/2011 | 25.00 | 0.00 | 25.00 |
| | | | | | | | Check Total: | 25.00 | 0.00 | 25.00 |
| 2738 | 8/3/2011 | 08/11 GATEWY 6/21-7/26/11 Water | CITPAS | City of Pasadena 4250-0000 | 3592946-0728 | 7/28/2011 | 7/28/2011 | 204.18 | 0.00 | 204.18 |
| | | | | | | | Check Total: | 204.18 | 0.00 | 204.18 |
| 2739 | 8/3/2011 | 08/11 GATEWY 6/21-7/26/11 Water | CITPAS | City of Pasadena 4250-0000 | 3592896-0728 | 7/28/2011 | 7/28/2011 | 1,975.81 | 0.00 | 1,975.81 |
| | | | | | | | Check Total: | 1,975.81 | 0.00 | 1,975.81 |
| 2740 | 8/3/2011 | 08/11 GATEWY 6/21-7/26/11 srv | CITPAS | City of Pasadena 4247-0000 | 3592920-0727 | 7/13/2011 | 7/27/2011 | 32,446.32 | 0.00 | 32,446.32 |
| | | | | | | | Check Total: | 32,446.32 | 0.00 | 32,446.32 |
| 2741 | 8/3/2011 | 08/11 GATEWY 8/11 Pigeon Maint | DEWEY | Dewey Pest Control 4244-0000 | 6562175 | 7/26/2011 | 7/26/2011 | 75.00 | 0.00 | 75.00 |
| | | GATEWY 8/11 Pest Control | | 4244-0000 | 6587791 | 7/26/2011 | 7/26/2011 | 75.00 | 0.00 | 75.00 |
| | | | | | | | Check Total: | 150.00 | 0.00 | 150.00 |
| 2742 | 8/3/2011 | 08/11 GATEWY Ste 620 Carpet Cleaning | ENVCON | Environment Control Building Maint 5122-0000 | 4114117 | 7/28/2011 | 7/28/2011 | 158.00 | 0.00 | 158.00 |
| | | | | | | | Check Total: | 158.00 | 0.00 | 158.00 |
| 2743 | 8/3/2011 | 08/11 GATEWY 3rd Qtr Monitoring | JAMFIR | JAM Fire Protection, Inc. 4152-0000 | 150953 | 7/23/2011 | 7/23/2011 | 120.00 | 0.00 | 120.00 |
| | | | | | | | Check Total: | 120.00 | 0.00 | 120.00 |
| 2744 | 8/3/2011 | 08/11 | SIMGRI | Simplex Grinnell | | | | 120.00 | 0.00 | 120.00 |

Exhibit 3b.
18 of 25

Database: RUTHGROUP
ENTITY:   GATEWY

Check Register
Ruth Group
Gateway Metro Center
08/11 Through 08/11

Page: 2
Date: 9/2/2011
Time: 10:04 AM

| Check #  / Entity | Check Date / Reference | Check Pd | Vendor/Alternate Address ID / P.O. Number | Vendor Name / Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2755 | 8/9/2011 | 08/11 | AQUTEC | Aqua Tech Water Management | | | | | | |
| GATEWY | 8/11 Water Treatment | | | 4236-1000 | 1578 | 8/1/2011 | 8/1/2011 | 435.00 | 0.00 | 435.00 |
| 2754 | 8/9/2011 | 08/11 | AMEWAS | American Waste Industries | | | | | | |
| GATEWY | 8/11 Trash | | | 4232-0000 | AUG 2011 | 7/31/2011 | 7/31/2011 | 951.83 | 0.00 | 951.83 |
| | | | | | | | Check Total: | 951.83 | 0.00 | 951.83 |
| 2750 | 8/3/2011 | 08/11 | UNIIMA | United Imaging | | | | | | |
| GATEWY | Office Supplies | | | 4414-0000 | 823568 | 7/14/2011 | 7/14/2011 | 112.51 | 0.00 | 112.51 |
| | | | | | | | Check Total: | 112.51 | 0.00 | 112.51 |
| 2749 | 8/3/2011 | 08/11 | TRGPAR | TRG Partners Inc. | | | | | | |
| GATEWY | 8/15/11 Payroll | | | 4400-0000 | 081511-pm | 8/15/2011 | 8/15/2011 | 2,261.23 | 0.00 | 2,261.23 |
| | | | | | | | Check Total: | 2,261.23 | 0.00 | 2,261.23 |
| 2748 | 8/3/2011 | 08/11 | TRGPAR | TRG Partners Inc. | | | | | | |
| GATEWY | 8/15/11 Payroll | | | 4400-1000 | 081511-eng | 8/15/2011 | 8/15/2011 | 3,418.54 | 0.00 | 3,418.54 |
| | | | | | | | Check Total: | 3,418.54 | 0.00 | 3,418.54 |
| 2747 | 8/3/2011 | 08/11 | TODSWE | TODDCO Sweeping Co. Inc. | | | | | | |
| GATEWY | 8/11 Sweeping | | | 4242-0000 | 16193 | 8/1/2011 | 8/1/2011 | 195.00 | 0.00 | 195.00 |
| | | | | | | | Check Total: | 195.00 | 0.00 | 195.00 |
| 2746 | 8/3/2011 | 08/11 | STAGRE | Stay Green, Inc. | | | | | | |
| GATEWY | 8/11 Landscaping | | | 4214-0000 | 19458 | 8/1/2011 | 8/1/2011 | 851.10 | 0.00 | 851.10 |
| | | | | | | | Check Total: | 851.10 | 0.00 | 851.10 |
| 2745 | 8/3/2011 | 08/11 | SITSTU | Site Stuff Inc. | | | | | | |
| GATEWY | 8/11 Janitorial Supplies | | | 4239-0000 | 1762772 | 7/25/2011 | 7/25/2011 | 87.89 | 0.00 | 87.89 |
| | | | | | | | Check Total: | 87.89 | 0.00 | 87.89 |
| GATEWY | Ste 530 Fire Sprinkler | | 1674-0530 | | 40353056 | 7/25/2011 | 7/25/2011 | 1,532.99 | 0.00 | 1,532.99 |
| GATEWY | Ste 530 FLS | | 1674-0530 | | 66815509 | 7/21/2011 | 7/21/2011 | 385.00 | 0.00 | 385.00 |
| | | | | | | | Check Total: | 1,917.99 | 0.00 | 1,917.99 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**

08/11 Through 08/11

Page: 3
Date: 9/2/2011
Time: 10:04 AM

| Check # | Check Date | Check Pd Reference | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Entity | | | | | | | | | |
| 2756 | 8/9/2011 | 08/11 | AUTSTO | Automatic Storefront Service | 0012514 | 8/4/2011 | 8/4/2011 | 157.00 | 0.00 | 157.00 |
| | GATEWY | Entrance Door | 4224-0000 | | | | Check Total: | 157.00 | 0.00 | 157.00 |
| 2757 | 8/9/2011 | 08/11 | CBEYON | Cbeyond | 12446189 | 7/31/2011 | 7/31/2011 | 451.34 | 0.00 | 451.34 |
| | GATEWY | 8/11 Voice & Data | 4307-0000 | | | | Check Total: | 451.34 | 0.00 | 451.34 |
| 2758 | 8/9/2011 | 08/11 | CUMCAL | Cummins Cal Pacific, LLC | 69576 | 5/9/2011 | 5/9/2011 | 127.50 | 0.00 | 127.50 |
| | GATEWY | Generator Repair | 4152-0000 | | | | Check Total: | 127.50 | 0.00 | 127.50 |
| 2759 | 8/9/2011 | 08/11 | HMPITT | H.M. Pitt Labs, Inc. | 189497 | 8/4/2011 | 8/4/2011 | 855.00 | 0.00 | 855.00 |
| | GATEWY | 2011 Air Sampling | 4224-0000 | | | | Check Total: | 855.00 | 0.00 | 855.00 |
| 2760 | 8/9/2011 | 08/11 | JAMFIR | JAM Fire Protection, Inc. | 148227 | 1/21/2011 | 1/21/2011 | 605.11 | 0.00 | 605.11 |
| | GATEWY | Ste 800 FLS | 1674-0800 | | 151255 | 7/29/2011 | 7/29/2011 | 280.00 | 0.00 | 280.00 |
| | GATEWY | Ste 200 FLS | 1674-0200 | | | | Check Total: | 885.11 | 0.00 | 885.11 |
| 2761 | 8/9/2011 | 08/11 | KENELE | Ken Electrical Inc. | 1543 | 5/31/2011 | 5/31/2011 | 350.00 | 0.00 | 350.00 |
| | GATEWY | Ste 530 Demo/Electric | 1674-0530 | | 1563 | 8/2/2011 | 8/2/2011 | 440.00 | 0.00 | 440.00 |
| | GATEWY | Ste 1040 Electric | 1674-1040 | | | | Check Total: | 790.00 | 0.00 | 790.00 |
| 2762 | 8/9/2011 | 08/11 | ROYPAP | Royal Paper Corporation | 4244903 | 8/3/2011 | 8/3/2011 | 525.26 | 0.00 | 525.26 |
| | GATEWY | 8/11 Janitorial Supplies | 4239-0000 | | | | Check Total: | 525.26 | 0.00 | 525.26 |
| 2763 | 8/9/2011 | 08/11 | SITSTU | Site Stuff Inc. | 1766633 | 7/29/2011 | 7/29/2011 | 119.37 | 0.00 | 119.37 |
| | GATEWY | 8/11 Janitorial Supplies | 4239-0000 | | | | | | | |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**

Page: 4
Date: 9/2/2011
Time: 10:04 AM

08/11 Through 08/11

| Check # | Check Date | Check Pd Reference | Vendor/Alternate Address ID / P.O. Number | Vendor Name / Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | GATEWY  Building Flag | 4228-0000 | | 1769891 | 8/3/2011 | 8/3/2011 | 143.53 | 0.00 | 143.53 |
| | | | | | | | Check Total: | | | 262.90 |
| 2764 | 8/9/2011 | 08/11  4/16-4/29/11 Security | SPLUS | SP Plus Security Services  4150-0000 | 8903 | 5/12/2011 | 5/12/2011 | 1,709.28 | 0.00 | 1,709.28 |
| | | | | | | | Check Total: | | | 1,709.28 |
| 2765 | 8/9/2011 | 08/11  4/30-5/13/11 Security | SPLUS | SP Plus Security Services  4150-0000 | 8966 | 5/17/2011 | 5/17/2011 | 1,709.28 | 0.00 | 1,709.28 |
| | | | | | | | Check Total: | | | 1,709.28 |
| 2766 | 8/9/2011 | 08/11  5/14-5/27/11 Security | SPLUS | SP Plus Security Services  4150-0000 | 9039 | 6/6/2011 | 6/6/2011 | 1,709.28 | 0.00 | 1,709.28 |
| | | | | | | | Check Total: | | | 1,709.28 |
| 2767 | 8/9/2011 | 08/11  5/28-6/10/11 Security | SPLUS | SP Plus Security Services  4150-0000 | 9129 | 6/17/2011 | 6/17/2011 | 1,870.91 | 0.00 | 1,870.91 |
| | | | | | | | Check Total: | | | 1,870.91 |
| 2768 | 8/9/2011 | 08/11  6/11-6/24/11 Security | SPLUS | SP Plus Security Services  4150-0000 | 9204 | 7/5/2011 | 7/5/2011 | 1,691.94 | 0.00 | 1,691.94 |
| | | | | | | | Check Total: | | | 1,691.94 |
| 2769 | 8/9/2011 | 08/11  Lites for Corridor | STEWEC | Steve Weck  4224-0000 | 081111 | 8/11/2011 | 8/11/2011 | 64.15 | 0.00 | 64.15 |
| | | | | | | | Check Total: | | | 64.15 |
| 2770 | 8/9/2011 | 08/11  Management Fee | TRGPAR | TRG Partners Inc.  4252-0000 | 083111-mgtfee | 8/31/2011 | 8/31/2011 | 3,511.87 | 0.00 | 3,511.87 |
| | | | | | | | Check Total: | | | 3,511.87 |
| 2771 | 8/9/2011 | 08/11  Payroll | TRGPAR | TRG Partners Inc.  4400-1000 | 083111-eng | 8/31/2011 | 8/31/2011 | 3,020.16 | 0.00 | 3,020.16 |
| | | | | | | | | | | 3,020.16 |

Database:  RUTH-GROUP
ENTITY:  GATEWY

**Check Register**
**Ruth Group**
**Gateway Metro Center**

08/11 Through 08/11

Page:  5
Date:  9/2/2011
Time:  10:04 AM

| Check # / Entity | Check Date | Check Reference | Vendor/Alternate Address ID / P.O. Number | Vendor Name / Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Check Total: | 3,020.16 | 0.00 | 3,020.16 |
| 2772 | 8/9/2011 | 08/31/11 Payroll | TRGPAR | TRG Partners Inc. / 4400-0000 | 083111-pm | 8/31/2011 | | 2,261.23 | 0.00 | |
| GATEWY | | | | | | | Check Total: | 2,261.23 | 0.00 | 2,261.23 |
| 2773 | 8/9/2011 | 08/11 | UNIMA | United Imaging / 4414-0000 | 824798 | 7/26/2011 | 7/26/2011 | 149.92 | 0.00 | |
| GATEWY  Building Supplies | | | | | | | Check Total: | 149.92 | 0.00 | 149.92 |
| 2774 | 8/9/2011 | 08/11 | WEACOR | Weatherite Corporation / 4236-0000 | L148554 | 7/29/2011 | 7/29/2011 | 869.00 | 0.00 | |
| GATEWY  7/11 HVAC Contract | | | | | | | Check Total: | 869.00 | 0.00 | 869.00 |
| 2775 | 8/11/2011 | 08/11 | MPI | Modern Parking Inc. / 3030-3000 | July 2011 | 7/31/2011 | 7/31/2011 | -508.50 | 0.00 | |
| GATEWY  7/11 MPI Statement | | | | 4606-0000 | July 2011 | 7/31/2011 | 7/31/2011 | 350.00 | 0.00 | |
| GATEWY  7/11 MPI Statement | | | | 4606-1000 | July 2011 | 7/31/2011 | 7/31/2011 | 2,031.00 | 0.00 | |
| GATEWY  7/11 MPI Statement | | | | 4606-2000 | July 2011 | 7/31/2011 | 7/31/2011 | 462.00 | 0.00 | |
| GATEWY  7/11 MPI Statement | | | | 4606-4000 | July 2011 | 7/31/2011 | 7/31/2011 | 18.00 | 0.00 | |
| GATEWY  7/11 MPI Statement | | | | | | | Check Total: | 2,352.50 | 0.00 | 2,352.50 |
| 2776 | 8/11/2011 | 08/11 | JOHACO | John Acorta / 4400-0000 | 040111-phn | 4/1/2011 | 4/1/2011 | 25.00 | 0.00 | |
| GATEWY  4/11 Cell Phn Reimb | | | | | | | Check Total: | 25.00 | 0.00 | 25.00 |
| 2777 | 8/17/2011 | 08/11 | JOHACO | John Acorta / 4414-0000 | 081311 | 8/13/2011 | 8/13/2011 | 5.59 | 0.00 | |
| GATEWY  Post Office | | | | 4414-0000 | 081311 | 8/13/2011 | 8/13/2011 | 115.10 | 0.00 | |
| GATEWY  Office Supplies | | | | 4216-0000 | 081311 | 8/13/2011 | 8/13/2011 | 48.87 | 0.00 | |
| GATEWY  Plants for back area | | | | | | | Check Total: | 169.56 | 0.00 | 169.56 |
| 2778 | 8/17/2011 | 08/11 | STEWEC | Steve Weck / 4225-0000 | 081611 | 8/16/2011 | 8/16/2011 | 29.25 | 0.00 | |
| GATEWY  Electrical Supplies | | | | | | | | | | 29.25 |

Exhibit 3b.
22 of 25

Database: RUTHGROUP
ENTITY: GATEWY

Check Register
Ruth Group
Gateway Metro Center
08/11 Through 08/11

Page: 6
Date: 9/2/2011
Time: 10:04 AM

| Check # | Check Date | Check Pd Reference | Entity | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2779 | 8/29/2011 | 08/11 | TRGPAR | GATEWY 9/15/11 Payroll Reimb - | TRG Partners Inc. 1485-0000 | 091511-eng | 9/15/2011 | 9/15/2011 | 3,418.54 | 0.00 | 3,418.54 |
| | | | | | | | | Check Total: | 3,418.54 | 0.00 | 3,418.54 |
| 2780 | 8/29/2011 | 08/11 | TRGPAR | GATEWY 9/15/11 Payroll Reimb - | TRG Partners Inc. 1485-0000 | 091511-pm | 9/15/2011 | 9/15/2011 | 2,261.23 | 0.00 | 2,261.23 |
| | | | | | | | | Check Total: | 2,261.23 | 0.00 | 2,261.23 |
| 2781 | 8/31/2011 | 08/11 | ATT | GATEWY Cashiers Ck - 8/4-9/3/11 | AT & T 4307-0000 | 5121-080411 | 8/4/2011 | 8/4/2011 | 149.60 | 0.00 | 149.60 |
| | | | | | | | | Check Total: | 149.60 | 0.00 | 149.60 |
| 2782 | 8/31/2011 | 08/11 | THEGAS | GATEWY Cashiers Ck - 7/13-8/11/ | The Gas Company 4248-0000 | 0596187943-08/18/15/2011 | 8/15/2011 | 8/15/2011 | 293.59 | 0.00 | 293.59 |
| | | | | | | | | Check Total: | 293.59 | 0.00 | 293.59 |
| | | | | | | | | Gateway Metro Center Total: | 76,655.80 | 0.00 | 76,655.80 |
| | | | | | | | | Grand Total: | 76,655.80 | 0.00 | 76,655.80 |

Database: RUTHGROUP
ENTITY: GATEWY

**Check Register**
Ruth Group
Gateway Metro Center

09/11 Through 09/11

Page: 1
Date: 9/2/2011
Time: 10:05 AM

| Check # Entity | Check Date Reference | Check Pd | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2783 GATEWY | 9/1/2011 Cashiers Ck - 9/10 ADT | 09/11 | ADSE16 | ADT SECURITY SYSTEMS INC 4152-0000 | 53301378 | 8/13/2011 | 8/13/2011 | 363.37 | 0.00 | 363.37 |
| | | | | | | | Check Total: | 363.37 | 0.00 | 363.37 |
| 2784 GATEWY | 9/1/2011 Cashiers Ck - Sec Came | 09/11 | AMBSEC | Ambassador Security Alarm Systems 4224-0000 | 39617 | 8/25/2011 | 8/25/2011 | 800.00 | 0.00 | 800.00 |
| | | | | | | | Check Total: | 800.00 | 0.00 | 800.00 |
| 2785 GATEWY | 9/1/2011 Cashier Ck - LC ste 1041 | 09/11 | COLINT | Colliers International 1650-1040 | 744-1040b | 9/1/2011 | 9/1/2011 | 6,516.21 | 0.00 | 6,516.21 |
| | | | | | | | Check Total: | 6,516.21 | 0.00 | 6,516.21 |
| 2786 GATEWY | 9/1/2011 Cashier Ck - Ste 530 TI | 09/11 | SIMGRI | Simplex Grinnell 1674-0530 | 40363325 | 8/24/2011 | 8/24/2011 | 822.01 | 0.00 | 822.01 |
| | | | | | | | Check Total: | 822.01 | 0.00 | 822.01 |
| 2787 GATEWY | 9/1/2011 Cashier Ck - HVAC Chill | 09/11 | WEACOR | Weatherite Corporation 4237-0000 | L148901 | 8/12/2011 | 8/12/2011 | 401.64 | 0.00 | 401.64 |
| | | | | | | | Check Total: | 401.64 | 0.00 | 401.64 |
| | | | | | | | Gateway Metro Center Total: | 8,903.23 | 0.00 | 8,903.23 |
| | | | | | | | Grand Total: | 8,903.23 | 0.00 | 8,903.23 |

## GATEWAY METRO CENTER, LLC
## TRANSACTIONS BY ACCOUNT

### 3639 IMMA California Bank

| Date | Check No. | Name | Memo | Amount |
|------|-----------|------|------|--------|
| 7/1/2011 | 234 | Peitzman, Weg & Kempinsky | Legal bill | $7,806.10 |
| 7/1/2011 | 235 | DLA Piper | Legal bill | $1,462.80 |
| 7/27/2011 | | Peitzman, Weg & Kempinsky | Retainer deposit | $35,000.00 |
| 7/27/2011 | | FTI Consulting | Retainer deposit | $25,000.00 |
| 8/4/11 | 236 | Help-U-Sell Vantage Realty | Lease Commission | $6,515.59 |
| 8/8/11 | 237 | CNA Insurance | Premium | $2,757.01 |
| 8/8/11 | 238 | CNA Insurance | Premium | $2,757.01 |
| 8/8/11 | 239 | Creative Energy Design | Architecture | $1,841.89 |
| 8/12/11 | | Peitzman, Weg & Kempinsky | Legal bill | $29,814.83 |
| 8/12/11 | | Peitzman, Weg & Kempinsky | Retainer deposit | $30,000.00 |
| 8/12/11 | | Skeehan & Company | Accounting fee | $1,000.00 |
| 8/23/11 | | FTI Consulting | Retainer deposit | $25,000.00 |
| 8/23/11 | | FTI Consulting | Consulting bill | $82,546.05 |
| 8/23/11 | | Peitzman, Weg & Kempinsky | Legal bill | $40,045.60 |
| 8/29/11 | | Tat's Fixtures | Expense | $790.00 |
| 8/31/11 | | FTI Consulting | Retainer deposit | $35,000.00 |
| 8/31/11 | | Peitzman, Weg & Kempinsky | Legal bill | $22,043.00 |
| 8/31/11 | | Pacific Starr Group | Expense Reimbursement | $906.10 |

### 2331 Ckg California Bank

| Date | Check No. | Name | Memo | Amount |
|------|-----------|------|------|--------|
| 6/10/2011 | 2188 | Apple | iPad for broker open house prize on 6/28/11 | $547.65 |
| 6/30/2011 | 2192 | Shirley Yee | Expenses | $95.30 |
| 6/30/2011 | 2193 | Pacific Starr Group | Expense Reimbursement | $755.55 |
| 6/30/2011 | 2194 | DLA Piper | Legal bill | $7,316.40 |
| 7/15/2011 | 2196 | Skeehan & Company | Accounting fee for 2nd quarter | $900.00 |
| 7/29/2011 | 2197 | Pacific Starr Group | Expense Reimbursement | $652.64 |
| 7/29/2011 | 2198 | Peitzman, Weg & Kempinsky | Legal bill | $16,749.90 |
| 8/4/11 | 2199 | DLA Piper | Legal bill | $58.60 |

# Statement of Financial Affairs
# Exhibit 3c.

In Re GATEWAY METRO CENTER, LLC       Case No._____

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 3c.

| NAME & ADDRESS OF CREDITOR, RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 9/30/10 – reimbursement of expenses | $45.81 | $0 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 9/30/10 - reimbursement of expenses | $110.90 | $0 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 10/29/10 – reimbursement of expenses | $171.95 | $0 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 11/2/10 – Admin Fee | $110,000.00 | $0 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 11/30/10 – reimbursement of expenses | $163.78 | $0 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 12/15/10 – reimbursement of expenses | $68.95 | $0 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 12/30/10 – reimbursement of expenses | $74.00 | $0 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 12/30/10 – reimbursement of expenses | $20.00 | $0 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 1/31/11 – reimbursement of expenses | $71.18 | $0 |

| NAME & ADDRESS OF CREDITOR, RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 2/15/11 – reimbursement of expenses | $59.00 | $0 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 2/28/11 – reimbursement of expenses | $83.00 | $0 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 3/31/11 – reimbursement of expenses | $1,547.94 | $0 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 3/31/11 – reimbursement of expenses | $1,090.70 | $0 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 4/4/11 – March 2011 Admin Fee | $27,930.58 | $0 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 4/15/11 – reimbursement of expenses | $1,000.00 | $0 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 4/28/11 – April 2011 Admin Fee | $27,029.59 | $0 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 4/29/11- reimbursement of expenses | $52.00 | $0 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 5/6/11 – May 2011 Admin Fee | $27,930.58 | $0 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 5/6/11 – Distribution | $15,000.00 | $0 |

| NAME & ADDRESS OF CREDITOR, RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Foothill Hastings, LLC – Member<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 5/6/11 – Distribution | $39,540.00 | $0 |
| HSP-PC ONE Corp. - Member<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 5/6/11 – Distribution | $45,460.00 | $0 |
| John Pipia, President<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 5/13/11 – reimbursement of expenses | $46.64 | $0 |
| Pacific Starr Group II, LLC – Managing Member<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 5/23/11 – Distribution | $18,000.00 | $0 |
| Foothill Hastings, LLC – Member<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 5/23/11 – Distribution | $47,448.00 | $0 |
| HSP-PC ONE Corp. - Member<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 5/23/11 – Distribution | $54,552.00 | $0 |
| Pacific Starr Group II, LLC – Managing Member<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 6/8/11 – June 2011 Admin Fee | $27,029.59 | $0 |
| Betty W. Ma, Senior Vice President and Secretary<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 6/15/11 – reimbursement of expenses | $133.82 | $0 |
| John Pipia, President<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 6/30/11 – reimbursement of expenses | $96.40 | $0 |
| Betty W. Ma, Senior Vice President and Secretary<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA 91107 | 6/30/11 – reimbursement of expenses | $105.34 | $0 |

| NAME & ADDRESS OF CREDITOR, RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Pacific Starr Group II, LLC – Managing Member<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA  91107 | 7/1/11 – July 2011 Admin Fee | $27,930.58 | $0 |
| John Pipia, President<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA  91107 | 7/15/11 – reimbursement of expenses | $6.65 | $0 |
| Pacific Starr Group II, LLC – Managing Member<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA  91107 | 8/1/11 – August 2011 Admin Fee | $27,930.58 | $0 |
| Pacific Starr Group II, LLC – Managing Member<br>c/o Pacific Starr Group, LLC<br>3452 E. Foothill Blvd.<br>Pasadena, CA  91107 | 9/1/11 – Sept. 2011 Admin Fee | $27,029.59 | $0 |

# Statement of Financial Affairs
# Exhibit 9.

In Re GATEWAY METRO CENTER, LLC          Case No._____

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| DLA Piper US LLP 550 S. Hope Street 24th Floor Los Angeles, CA  90071 | 3/2009 – 9/2011 | $47,661.96 |
| Peitzman, Weg & Kempinsky LLP 2029 Century Park East Suite 3100 Los Angeles, CA  90067 | 9/2010 – 8/2011 | $205,898.48 (includes $75,000 retainer) |
| FTI Consulting, Inc. 633 W. 5th Street Suite 1600 Los Angeles, CA  90071 | 9/2011 | $173,546.05 (includes $44,000 retainer) estimated |

# Statement of Financial Affairs
# Exhibit 19.

In Re GATEWAY METRO CENTER, LLC          Case No._____

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS

b.  List all firms or individuals who within **two years** immediately preceding the filing of this
bankruptcy case have audited the books of account and records, or prepared a financial statement
of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| Skeehan & Company<br>Attn: Joseph Skeehan, President | 180 South Lake Avenue<br>7th Floor<br>Pasadena, CA  91101 | October 6, 2006 - present |
| The Ruth Group, Inc.<br>Attn:  Dick Cober, EVP | 199 South Los Robles Avenue<br>Suite 560<br>Pasadena, CA  91101 | June 1, 2008 - present |

c.  List all firms or individuals who at the time of the commencement of this case were in
possession of the books of account and records of the debtor.  If any of the books of account and
records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Skeehan & Company<br>Attn: Joseph Skeehan, President | 180 South Lake Avenue<br>7th Floor<br>Pasadena, CA  91101 |
| The Ruth Group, Inc.<br>Attn:  Dick Cober, EVP | 199 South Los Robles Avenue<br>Suite 560<br>Pasadena, CA  91101 |

d.  List all financial institutions, creditors and other parties, including mercantile and trade
agencies, to whom a financial statement was issued by the debtor within **two years** immediately
preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Allstate Life Insurance Company<br>Allstate Plaza South<br>Suite G5C<br>3075 Sanders Road<br>Northbrook, IL  60062 | 2009 financial statement – sent 2/16/2010<br>2010 financial statement – sent 2/16/2011 |

# Statement of Financial Affairs
# Exhibit 21b.

In Re GATEWAY METRO CENTER, LLC          Case No._____

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 21.  CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each shareholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Pacific Starr Group II, LLC c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | Managing Member | 15.0% |
| Foothill Hastings, LLC c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | Member | 39.54% |
| HSP-PC ONE Corp. c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | Member | 45.46% |
| John Pipia c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | President | N/A |
| Betty W. Ma c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | Senior Vice President and Secretary | N/A |

# Statement of Financial Affairs
# Exhibit 23.

In Re GATEWAY METRO CENTER, LLC          Case No._____

STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT 23. WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTION BY A
CORPORATION

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given
to an insider, including compensation in any form, bonuses, loans, stock redemptions, options
exercised and any other perquisite during **one year** immediately preceding the commencement of
this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 9/30/10 – reimbursement of expenses | $45.81 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 9/30/10 - reimbursement of expenses | $110.90 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 10/29/10 – reimbursement of expenses | $171.95 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 11/2/10 – Admin Fee | $110,000.00 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 11/30/10 – reimbursement of expenses | $163.78 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 12/15/10 – reimbursement of expenses | $68.95 |

Exhibit 23
Page **1** of **4**

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 12/30/10 – reimbursement of expenses | $74.00 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 12/30/10 – reimbursement of expenses | $20.00 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 1/31/11 – reimbursement of expenses | $71.18 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 2/15/11 – reimbursement of expenses | $59.00 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 2/28/11 – reimbursement of expenses | $83.00 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 3/31/11 – reimbursement of expenses | $1,547.94 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 3/31/11 – reimbursement of expenses | $1,090.70 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 4/4/11 – March 2011 Admin Fee | $27,930.58 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 4/15/11 – reimbursement of expenses | $1,000.00 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 4/28/11 – April 2011 Admin Fee | $27,029.59 |

Exhibit 23
Page **2** of **4**

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 4/29/11- reimbursement of expenses | $52.00 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 5/6/11 – May 2011 Admin Fee | $27,930.58 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 5/6/11 – Distribution | $15,000.00 |
| Foothill Hastings, LLC – Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 5/6/11 – Distribution | $39,540.00 |
| HSP-PC ONE Corp. - Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 5/6/11 – Distribution | $45,460.00 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 5/13/11 – reimbursement of expenses | $46.64 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 5/23/11 – Distribution | $18,000.00 |
| Foothill Hastings, LLC – Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 5/23/11 – Distribution | $47,448.00 |
| HSP-PC ONE Corp. - Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 5/23/11 – Distribution | $54,552.00 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA 91107 | 6/8/11 – June 2011 Admin Fee | $27,029.59 |

Exhibit 23
Page **3** of **4**

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 6/15/11 – reimbursement of expenses | $133.82 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 6/30/11 – reimbursement of expenses | $96.40 |
| Betty W. Ma, Senior Vice President and Secretary c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 6/30/11 – reimbursement of expenses | $105.34 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 7/1/11 – July 2011 Admin Fee | $27,930.58 |
| John Pipia, President c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 7/15/11 – reimbursement of expenses | $6.65 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 8/1/11 – August 2011 Admin Fee | $27,930.58 |
| Pacific Starr Group II, LLC – Managing Member c/o Pacific Starr Group, LLC 3452 E. Foothill Blvd. Pasadena, CA  91107 | 9/1/11 – Sept 2011 Admin Fee | $27,029.59 |

Exhibit 23
Page **4** of **4**

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

---

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re  GATEWAY METRO CENTER, LLC, a California limited
liability company,

Case No.:

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Debtor.

---

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 205,898.48*

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 205,898.48*

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

2. The source of the compensation paid to me was:

☑ Debtor      ☑ Other *(specify)*   Peitzman, Weg & Kempinsky LLP ("PWK") is informed that a portion of the amounts paid were advanced by Flying Tigers, LLC ("Flying Tigers"), an affiliate of the Debtor. The advance was treated as a loan by Flying Tigers to the Debtor, and PWK does not have any attorney-client relationship with Flying Tigers.

3. The source of compensation to be paid to me is:

☑ Debtor      ☑ Other *(specify)*   PWK is informed that Flying Tigers will advance further funds as necessary pursuant to a Debtor in Possession Financing Agreement that was filed with the Court on the Petition Date. Any future advances will also be treated as a loan from Flying Tigers to the Debtor.

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

* Includes a retainer in the amount of $75,000.00

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)**        1998 USBC, Central District of California

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

<div style="border:1px solid black">

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/6/11
_____          _____
*Date*                                    /s/ Lorie A. Ball
                                          *Signature of Attorney*


                                          Peitzman, Weg & Kempinsky LLP
                                          _____
                                          *Name of Law Firm*

</div>

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name   Lorie A. Ball, Esq.

Address   2029 Century Park East, Suite 3100, Los Angeles, CA  90067

Telephone   (310) 552-3100  lball@pwkllp.com

☑ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| **GATEWAY METRO CENTER, LLC** (present name) **PACIFIC STARR PASADENA, LLC** (prior name) | Chapter: 11 |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___18___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date:   September 6, 2011

_____
*Debtor*

/s/ Lorie A. Ball

_____
*Attorney (if applicable)*

_____
*Joint Debtor*

Gateway Metro Center LLC
3452 E Foothill Blvd Ste 1170A
Attn John Pipia
Pasadena, CA 91107


Peitzman Weg and Kempinsky LLP
2029 Century Park East
Suite 3100
Los Angeles, CA 90067


United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

1031 Private Exchange Group Inc
Attn Byron Meo
3452 East Foothill Blvd Suite 230
Pasadena, CA 91107


Access to Travel
Attn Terry Allison Gay
3452 East Foothill Blvd Suite 120
Pasadena, CA 91185


ADT Security
Attn Wilbert Su
1 Town Center Rd
Boca Raton, FL 33486


ADT Security Services Inc
4161 E La Palma Ave
Anaheim, CA 92807


AT&T
Attn Rosemary Slouka
12900 Park Plaza Drive
Cerritos, CA 90703


airBand Communications
Attn Jim McCrocklin
14800 Landmark Blvd Suite 500
Dallas, TX 75254


Allstate Life Insurance Company
Allstate Plaza South Suite G5C
3075 Sanders Road
Northbrook, IL  60062

Amtech Elevator
Attn Steve Park
3041 Roswell Street
Los Angeles, CA 90065


Amtech Elevator
Attn Steve Park
Dept LA 21592
Pasadena, CA 91185


Aqua Tech Water Management
Attn Bill Keller
820 Thompson Ave 17
Glendale, CA 91201


Athens Services
14048 E Valley Blvd
City of Industry, CA 91716


BRJ & Associates LLC
Attn Bonnie R James
3452 East Foothill Blvd Ste 1100
Pasadena, CA 91107


BRJ and Associates LLC
Attn Bonnie R James
2415 Lambert Drive
Pasadena, CA 91107


Bankers Life and Casualty Company
Attn Farshad Asi
3452 East Foothill Blvd Suite 115
Pasadena, CA  91107

Bankers Life and Casualty Company
Attn Oracio Cappello
600 W Chicago Avenue 4th Floor
Chicago, IL 60654


BonTerra Consulting Inc
Attn Thomas Smith
3452 East Foothill Blvd Suite 420
Pasadena, CA 91107


Canon Business Solutions
Attn Andrea Gardner
300 Commerce Square Blvd
Burlington, NJ 08016


Cbeyond Communications LLC
Attn Damian Perez
320 Interstate North Parkway SE
Atlanta, GA 30339


City of Pasadena
Attn Business Services Section
100 N Garfield Avenue N106
Pasadena, CA 91109


City of Pasadena
Attn Pasadena Fire Dept
199 S Los Robles Avenue 550
Pasadena, CA 91101


City of Pasadena
Attn Pasadena Power and Water
150 South Los Robles Ave Suite 200
Pasadena, CA 91109

Claudia Llanos CPA
3452 East Foothill Blvd Suite 120
Pasadena, CA 91107


CNA Insurance
915 Wilshire Boulevard Ste 1650
Los Angeles, CA 90017


Colliers International Inc
Attn Shadd Walker
865 S Figueroa Street Suite 3500
Los Angeles, CA 90017


Commercial Assessment Consult Inc
Attn Michael Schaaf
23744 Oakfield Road Ste 204
Hidden Hills, CA 91302


Communications Relay LLC
Attn James Kay
3452 East Foothill Blvd Suite 1100
Pasadena, CA 91107


Communications Relay LLC
Attn James Kay
PO Box 7835
Van Nuys, CA 91409


Creative Energy
Attn Jon Van Gaasbeek
241 East Colorado Blvd Suite 203
Pasadena, CA 91101

Cummins California Pacific LLC
Attn Alexis Bien
1105 South Greenwood Avenue
Montebello, CA 90640


Customized Therapeutics LLC
Attn Oluwole Odujinrin
3452 East Foothill Blvd Suite 315
Pasadena, CA 91107


Dewey Pest Control
Attn Gustavo Castro
3090 E Foothill Blvd
Pasadena, CA 91107


DLA Piper
Attn Richard Mendelson Esq
550 South Hope Street 24th Floor
Los Angeles, CA 90071


Downtown Locksmiths
Attn Deke Medley
2467 E 57th Street
Los Angeles, CA 90058


EJR Door Division
Attn Eddie Reyes
8116 Byron Rd Unit A
Whittier, CA 90606


Eagles Financial Consultants
Attn Junn Aquino
3452 East Foothill Blvd Suite 522
Pasadena, CA 91107

Environmental Control
Attn Duane Romo
570 W Lambert Road Suite A
Brea, CA 92821


Eureka Aerospace Inc
Attn James Tatoian
3452 East Foothill Blvd Suite 340
Pasadena, CA 91107


Fanta Z Holdings LLC
Attn Brett Kelly
3452 East Foothill Blvd Suite 122
Pasadena, CA 91107


Fanta Z Holdings LLC
Attn Brett Kelly
3488 Barhite Street
Pasadena, CA 91107


Forensis Group Inc
Attn Mercy and Howard Steenwyk
3452 East Foothill Blvd Ste 1160
Pasadena, CA 91107


Fortuna Carpet and Interiors Inc
Attn Dixon Luk
3399 Friendswood Ave
El Monte, CA 91733


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0600

Franchise Tax Board
Bankruptcy Section MS A 340
PO Box 2952
Sacramento, CA 95812-2952


Frederick Miller and Donald L Wood
3452 East Foothill Blvd Suite 1140
Pasadena, CA 91107


FTI Consulting
Attn Ron Greenspan
633 W 5th St 16th Floor
Los Angeles, CA 90071


Fubon Securities USA LLC
Attn Victor Lin
3452 East Foothill Blvd Suite 100
Pasadena, CA 91107


Gary Margolis Accountancy Corp
Attn Gary A Margolis
3452 E Foothill Blvd Ste 125 & 135
Pasadena, CA 91107


Gary Och Esq
3452 East Foothill Blvd Suite 120
Pasadena, CA 91107


Globalink Securities Inc
Attn Michael Liao
3452 East Foothill Blvd Suite 1040
Pasadena, CA  91107

Grace and Blomberg Inc
Attn Bernard Grace Daniel Bloomberg
3452 East Foothill Blvd Suite 360
Pasadena, CA 91107


Help U Sell Vantage Realty
Attn Steven Fan
18217 Gale Ave Suite A
City of Industry, CA 91748


IDG Asia Inc
Attn Hugo Shong
3452 East Foothill Blvd Suite 620
Pasadena, CA  91107


IDG Asia Inc
Attn Hugo Shong
2340 Villa Heights Road
Pasadena, CA 91107


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jam Fire Protection
Attn Patrick Drohan
1930 S Myrtle
Monrovia, CA 91016


Ken Electrical Inc
Attn Ken Tat
111 E Newby Ave
San Gabriel, CA 91776

Kimball Tirey and St John LLP
Attn Abel Ortiz
1202 Kettner Blvd 3rd Floor
San Diego, CA 92101


Los Angeles County Fire Department
Attn Michael Freeman
PO Box 513148
Los Angeles, CA 90051


Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012


M Theory Financial Group
1820 Industrial Street Suite 270
Los Angeles, CA 90021


Madison Realty Equities LLC
Attn Gary Langendoen
3452 East Foothill Blvd Suite 200
Pasadena, CA 91107


Madison Realty Equities LLC
Attn Gary Langendoen
3452 East Foothill Blvd Suite 220
Pasadena, CA 91107


MJ Consulting Group
Attn Michael A Jones
3452 East Foothill Blvd Suite 305
Pasadena, CA 91107

Modern Parking
Attn Javier Pulido
1200 Wilshire Blvd Suite 300
Los Angeles, CA 90017


Pacific Starr Group LLC
Attn John Pipia
3452 E Foothill Blvd Suite 1170A
Pasadena, CA 91107


Pacific Starr Group II LLC
Attn John Pipia
3452 E Foothill Blvd Suite 1170A
Pasadena, CA 91107


Panda Restaurant Group Inc
Attn Steve Yip
3488 East Foothill Blvd
Pasadena, CA 91107


Panda Restaurant Group Inc
Attn Patrick Eng
1684 Walnut Grove Avenue
Rosemead, CA 91770


Polenzani Benefits and Ins Svcs LLC
Attn Tom G Polenzani
3452 East Foothill Blvd Suite 514
Pasadena, CA 91107


Princeton Review Inc
Attn Stephen Richards
3452 East Foothill Blvd Suite 322
Pasadena, CA  91107

Princeton Review
Attn Stephen Richards
111 Speen Street Ste 550
Framingham, MA 01701


Robert S Rose DDS
3452 East Foothill Blvd Suite 516
Pasadena, CA 91107


Russell Realty Group Inc
Attn Jeff Russell
3452 East Foothill Blvd Suite 800
Pasadena, CA 91107


Sebastian Waterworks
Attn Joe Diaz
221 W Pomona Blvd
Monterey Park, CA 91754


Sedgwick Claims Management
Attn Linda Lagesse
110 Ridgeway Loop Road Ste 200
Memphis, TN  38120


Seiler & Associates
Mark S Seiler and Frederick Benson
3452 East Foothill Blvd Suite 400
Pasadena, CA 91107


Setpoint Systems Corporation
Attn Laura Jelin
1360 Reynolds Ave Ste 105
Irvine, CA 92614

Silver Dream Productions Inc
Attn Luo Yan
3452 East Foothill Blvd Suite 620
Pasadena, CA  91107


Silver Dream Productions Inc
Attn Luo Yan
2340 Villa Heights Road
Pasadena, CA 91107


Simplex Grinnell
Attn Terry McHale
1701 W Sequoia Ave
Orange, CA 92868


Site Stuff Inc
Attn Thomas Grounds
12401 Research Blvd Bldg 1 Ste 250
Austin, TX 78759


Site Stuff Inc
PO Box 671033
Dallas, TX  75267


Skeehan & Company
Attn Joe Skeehan
180 South Lake Avenue 7th Floor
Pasadena, CA 91101


Skyriver Communications Inc
Attn Babak Jafarian
9370 Chesapeake Drive Suite 150
San Diego, CA 92123

South Coast AQMD
Attn Yunnie Chen
21865 Copley Dr
Diamond Bar, CA 91765


SP Plus Security Services
Attn Randall Ely
1055 W 7th Street Suite 1500
Los Angeles, CA  90017


Starlite Inc
Attn Luo Yan
3452 East Foothill Blvd Suite 620
Pasadena, CA  91107


Starlite Inc
Attn Luo Yuan
2340 Villa Heights Road
Pasadena, CA 91107


State Farm Insurance Agency
Attn Jonette Phillips
3452 East Foothill Blvd Suite 320
Pasadena, CA 91107


State of California
DOSH Pressure Vessel Unit
1515 Clay Street Suite 1302
Oakland, CA 94612-1499


Statewide Direct Insurance Svcs Inc
Attn Gilbert Esperaz
3452 East Foothill Blvd Suite 518
Pasadena, CA 91107

Stay Green
Attn Jeff Norquist
26415 Summit Circle
Santa Clarita, CA 91350


Stover and Stover
Attn David and Jane Stover
3452 East Foothill Blvd Suite 1010
Pasadena, CA 91107


Sun Star International Group Inc
Attn Audrey and Kirk Woodside
3452 East Foothill Blvd Suite 520
Pasadena, CA 91107


Sunset Lighting
Attn Mike Landig
4420 E Miraloma Unit J
Anaheim, CA 92807


TBEA USA Corporation
Attn Shi Stanley Lin
3452 East Foothill Blvd Suite 1020
Pasadena, CA 91107


Tats Fixtures Co
Attn Dong Tat
2531 Dunswell Ave
Hacienda Heights, CA 91745


The Gas Company
PO Box C
Monterey Park, CA 91756

The Rule Co
Attn Cindy Retter
115 North El Molino Ave
Pasadena, CA 91101


The Ruth Group
Attn Richard Cober
199 S Los Robles Ave Ste 560
Pasadena, CA 91101


Toddco Sweeping Co Inc
Attn Todd Pond
1705 Hayes Avenue
Long Beach, CA 90813


Tom Wu and Bichhanh T Wu
3452 East Foothill Blvd Suite 526
Pasadena, CA 91107


United Imaging
Attn Eric Tripp
21201 Oxnard Street
Woodland Hills, CA  91367


United States Government
Attn Clarence M Hollingsworth
3452 East Foothill Blvd Suite 600
Pasadena, CA  91107


United States Government
Attn M A Johnson
300 Sentinel Drive Suite 400
Annapolis Junction, MD 20701

Urban Cafe
Attn Younghee Kim
3452 East Foothill Blvd Suite 123
Pasadena, CA  91107


Urban Cafe
Attn Younghee Kim
17027 Burton Street
Van Nuys, CA 91406


Utility Backflow Testing
Attn Mike Kostich
15841 E Nubia Street
Covina, CA 91722


VNA of Greater Los Angeles Inc
Attn Ranjit K Walia
3452 East Foothill Blvd Suite 130
Pasadena, CA 91107


Valleyfresh North America LLC
Attn Angelo Costanzo
3452 East Foothill Blvd Suite 500
Pasadena, CA 91107


Verizon Wireless
Attn Keith A Surratt
180 Washington Valley Road
Bedminster, NJ 07921


Verizon Wireless
Attn Judy Wilkins
15505 Sand Canyon Ave Bldg D1
Irvine, CA 92618

Weatherite Corporation
Attn Lisa Brotherton
21211 Commerce Pointe Dr
Walnut, CA 91789


Yee and Belilove LLP
Attn Steven Yee Steve Belilove
3452 East Foothill Blvd Suite 1000
Pasadena, CA 91107


Z Products Inc
Attn Steve Miles
14532 Calvert Street
Van Nuys, CA 91411