Howard J. Weg (State Bar No. 91057)
*hweg@pwkllp.com*
Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Proposed Counsel for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GATEWAY METRO CENTER, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Case No: 2:11-bk-47919-BR<br><br>Chapter 11<br><br>**NOTICE OF HEARINGS ON EMERGENCY FIRST DAY MOTIONS**<br><br>**Hearing:**<br>**Date: September 12, 2011**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 1668**<br>    **255 East Temple Street**<br>    **Los Angeles, CA 90012** |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, SECURED CREDITORS, THE TWENTY LARGEST UNSECURED CREDITORS, AND PARTIES IN INTEREST**:

**PLEASE TAKE NOTICE** that on September 12, 2011, at 2:00 p.m., before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668, located at 255 East Temple Street, Los Angeles, CA 90012, the Bankruptcy Court will consider the following emergency motions (collectively, the "First Day Motions"), filed by the above-captioned debtor (the "Debtor") pursuant to Local Bankruptcy Rules 9075-1(a), and 2081-1(a).

(1) Emergency Motion of Debtor For Order Authorizing and Approving (A) Use of Cash

1

Collateral (B) Grant of Adequate Protection To Certain Secured Creditors and (C) Adequate Protection Payments Under Secured Equipment Financing Agreement; Declaration of John F. Pipia In Support; and

(2)  Emergency Motion For Order Establishing Bar Dates For Filing Proofs of Claim And Approving Form and Manner Of Notice Thereof; Memorandum of Points And Authorities; Declaration of Lorie A. Ball.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to instruction of the Bankruptcy Court and due to the expedited notice of the hearing, parties who wish to respond to the First Day Motions must file oppositions with the Court and serve copies on Debtor's proposed bankruptcy counsel at the above-listed address and the U.S. Trustee not later than 12:00 p.m. on Friday, September 9, 2011.  In addition, courtesy copies must also be delivered to the judge no later than 12:00 p.m. on Friday, September 9, 2011.  Pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve timely a response in accordance with the Local Bankruptcy Rules may be deemed by the Bankruptcy Court to be consent to the granting of the relief requested in any of the First Day Motions.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to instruction of the Bankruptcy Court and due to the expedited notice of the hearing, any reply to an opposition must be filed, served on the opposing party and the U.S. Trustee, with courtesy copies delivered to the judge, not later than Monday, September 12, 2011 at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that a full and complete copy of the First Day Motions can be obtained by submitting a written or telephonic request to: Peitzman, Weg & Kempinsky LLP; c/o Lorie A. Ball; 2029 Century Park East, Suite 3100, Los Angeles, CA 90067; (310) 552-3100; *lball@pwkllp.com*.

Dated: September 7, 2011               PEITZMAN, WEG & KEMPINSKY LLP

                                       By:    /s/ Lorie A. Ball
                                              Lorie A. Ball
                                              Howard J. Weg

                                       Proposed Attorneys for Debtor and Debtor-in-Possession