CHRISTINA M. PADIEN (SBN 235062)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  (310) 229-1000
Facsimile:  (310) 229-1001

Counsel for Road Bay Investments, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GATEWAY METRO CENTER, LLC,<br><br>   Debtor. | Case No. 11-47919-BR<br><br>Chapter 11<br><br>**RESERVATION OF RIGHTS REGARDING EMERGENCY MOTION OF DEBTOR FOR ORDER AUTHORIZING AND APPROVING (A) USE OF CASH COLLATERAL, (B) GRANT OF ADEQUATE PROTECTION TO CERTAIN SECURED CREDITORS AND (C) ADEQUATE PROTECTION PAYMENTS UNDER SECURED EQUIPMENT FINANCING AGREEMENT**<br><br>DATE:  September 12, 2011<br>TIME:  2:00 p.m.<br>CTRM:  Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ALL INTERESTED PARTIES:

Road Bay Investments, LLC (the "Lender"), by and through its undersigned counsel, hereby files this reservation of rights with respect to the Emergency Motion of Debtor for Order Authorizing and Approving (A) Use of Cash Collateral, (B) Grant of Adequate Protection to Certain Secured Lenders and (C) Adequate Protection Payments Under Equipment Financing Agreement (the "Motion") [Dkt. No. 2].

The Motion seeks approval to, among other things, use the Lender's cash collateral on an interim basis.

## RESERVATION OF RIGHTS

Lender is the Debtor's most significant and only non-insider secured creditor. As such, Lender is keenly focused on the Motion because it is Lender's interest that is most heavily impacted by the Debtor's request to utilize cash collateral. Lender is also sensitive to the Debtor's need to operate and maintain the subject collateral so that it remains a valuable asset of the estate and meaningful security for Lender's loan.

With those considerations in mind, since the filing of the Motion on Tuesday, Lender's counsel has been diligently working with the Debtor's counsel in an attempt to reach a consensual agreement regarding the relief sought in the Motion. While Lender is optimistic that such an agreement will be reached prior to the hearing on the Motion, there was insufficient time between the time Lender received notice of the filing and the deadline for filing objections to finalize an agreed upon interim order. Lender anticipates, however, that it will reach an agreement with the Debtor in advance of the hearing on the Motion.

If an agreement is not reached, however, Lender respectfully requests that the Court authorize use of the Lender's cash collateral only in an amount and manner necessary to avoid irreparable harm, upon the showing of same by the Debtor, and that the Lender be adequately protected for such use by the protections provided by the Bankruptcy Code. Lender further expressly reserves all of its rights and objections to the Motion, and reserves its right to appear and be heard with respect to any relief sought therein.

| | |
|---|---|
| Dated: September 9, 2011 | AKIN GUMP STRAUSS HAUER & FELD |
| | By:  /s/ Christina M. Padien |
| | Counsel for Road Bay Investments, LLC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2029 Century Park East, 24th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as: **Reservation of Rights Regarding Emergency Motion of Debtor for Order Authorizing and Approving (A) Use of Cash Collateral, (B) Grant of Adequate Protection to Certain Secured Creditors and (C) Adequate Protection Payments under Secured Equipment Financing Agreement** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 9, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
&boxtimes;   Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 9, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
&boxtimes;   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 9, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
&boxtimes;   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 9, 2011 | Tracy Southwell | /s/ Tracy Southwell |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**In re Gateway Metro Center, LLC**
**Case No. 11-47919-BR**

*SERVED VIA NEF*

**Counsel for the Debtor**
Lorie A Ball    lball@pwkllp.com

**Office of the United States Trustee**
Alvin Mar    alvin.mar@usdoj.gov
Ron Maroko    ron.maroko@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

*SERVED VIA PERSONAL DELIVERY*

The Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

**Counsel for the Debtor**
Howard Weg and Lorie Ball
PEITZMAN, WEG & KEMPINSKY
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

**Office of the United States Trustee**
Office of the United States Trustee
Attn: Alvin Mar and Ron Maroko
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

*SERVED VIA U.S. MAIL*

**Debtor**
Gateway Metro Center, LLC
3452 E Foothill Blvd, Suite 1170A
Pasadena, CA 91107