Howard J. Weg (State Bar No. 91057)
*hweg@pwkllp.com*
Lorie A. Ball (State Bar No. 210703)
*lball@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

Proposed Counsel for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GATEWAY METRO CENTER, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession. | Case No:  2:11-bk-47919-BR<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER UNDER 11 U.S.C. §§ 363 AND 364: (A) AUTHORIZING DEBTOR TO INCUR POST-PETITION INDEBTEDNESS, (B) GRANTING SUPER PRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (C) GRANTING SECURITY INTERESTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOHN F. PIPIA IN SUPPORT**<br><br><u>Hearing:</u><br>Date: October 3, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br>       255 East Temple Street<br>       Los Angeles, CA  90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, SECURED CREDITORS, THE TWENTY LARGEST UNSECURED CREDITORS, AND PARTIES IN INTEREST**:

    **PLEASE TAKE NOTICE** that on October 3, 2011, at 2:00 p.m., before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668, located at 255 East Temple Street, Los

1

Angeles, CA 90012, the Bankruptcy Court will consider the Motion For Order Under 11 U.S.C. §§ 363 And 364: (A) Authorizing Debtor To Incur Post-Petition Indebtedness, (B) Granting Super Priority Administrative Expense Status, And (C) Granting Security Interests (the "Motion"), filed by the above-captioned debtor (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion and responses thereto must be filed and served pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules. Pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve timely a response in accordance with the Local Bankruptcy Rules may be deemed by the Bankruptcy Court to be consent to the granting of the relief requested in the Motion.

Dated: September 9, 2011          PEITZMAN, WEG & KEMPINSKY LLP

By:   /s/ Lorie A. Ball
     Lorie A. Ball
     Howard J. Weg

Proposed Attorneys for Debtor and Debtor-in-Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**PEITZMAN, WEG & KEMPINSKY LLP**
**2029 Century Park East, Suite 3100**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **Notice of Hearing on Motion for Order Under 11 U.S.C. §§ 363 and 364: (A) Authorizing Debtor to Incur Postpetition Indebtedness, (B) Granting Super Priority Administrative Expense Status, and (C) Granting Security Interests; Memorandum of Points and Authorities; Declaration of John F. Pipia in Support** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 9, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Lorie A Ball    lball@pwkllp.com
- Alvin Mar    alvin.mar@usdoj.gov
- Ron Maroko    ron.maroko@usdoj.gov
- Christina M Padien    cpadien@akingump.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 9, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Served by U.S. Mail:**
Hon. Barry Russell
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

**Served by U.S. Mail:**
United States Trustee (LA)
Attn Alvin Mar
Attn Ron Maroko
725 S Figueroa St Ste 2600
Los Angeles, CA 90017

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **September 9, 2011** | **Matthew M. Dryer** | **/s/ Matthew M. Dryer** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**Additional Service Information (All by U.S. Mail):**

**Secured Creditors**

| | | |
|---|---|---|
| Flying Tigers<br>c/o Pacific Starr Group<br>Attn John Pipia<br>Attn Betty Ma<br>3452 East Foothill Boulevard<br>Suite 1170A<br>Pasadena, CA  91107 | M-Theory<br>Attn John Myint<br>1820 Industrial Street, Suite 270<br>Los Angeles, CA  90021 | **Counsel for Road Bay Investments, LLC**<br>Christina M. Padien<br>Akin Gump Strauss Hauer& Feld LLP<br>2029 Century Park East Suite 2400<br>Los Angeles, CA 90067 |

**Unsecured Creditors**

| | | |
|---|---|---|
| AT&T<br>Attn Rosemary Slouka<br>12900 Park Plaza Drive<br>Cerritos, CA  90703 | Amtech Elevator<br>Attn Steve Park<br>3041 Roswell Street<br>Los Angeles, CA 90065 | City of Pasadena<br>Pasadena Power<br>Attn Patty<br>P.O.Box 7120<br>Pasadena, CA 91109 |
| City of Pasadena<br>Pasadena Water<br>Attn Patty<br>P.O.Box 7120<br>Pasadena, CA 91109 | Creative Energy Design<br>Attn Jon Van Gaasbeek<br>241 East Colorado Blvd., Suite 203<br>Pasadena, CA 91101 | Downtown Locksmiths<br>Attn Deke Medley<br>2467 E. 57th Street<br>Los Angeles, CA  90058 |
| EJR Door Division<br>Attn Eddie Reyes<br>8116 Byron Road, Unit A<br>Whittier, CA  90606 | Environmental Control<br>Attn Duane Romo<br>Attn Bill Sanders<br>570 W. Lambert Road, #A<br>Brea, CA 92821 | Fanta-Z Holdings, LLC<br>Attn Brett Kelly<br>3488 Barhite Street<br>Pasadena, CA 91107 |
| Help-U-Sell Vantage Realty<br>Attn Steven Fan<br>18217 Gale Ave., Suite A<br>City of Industry, CA 91748 | Modern Parking<br>Attn Javier Pulido<br>1200 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90017 | SP Plus Security Services<br>Attn Teressa DeNike<br>1055 W. 7th Street, #1500<br>Los Angeles, CA 90017 |
| Sedgwick Claims Management<br>Attn Linda Lagesse<br>110 Ridgeway Loop Road, Suite #200<br>Memphis, TN 38120 | Setpoint Systems<br>Attn Laura Jelin<br>1360 Reynolds Ave., Suite 105<br>Irvine, CA  92614 | Site Stuff, Inc.<br>Attn Thomas Grounds<br>P.O. Box 671033<br>Dallas, TX  75267 |
| The Gas Company<br>P.O. Box C<br>Monterey Park, CA  91756 | United Imaging<br>Attn Eric Tripp<br>21201 Oxnard Street<br>Woodland Hills, CA  91367 | Z-Products Inc.<br>Attn Steve Miles<br>14532 Calvert Street<br>Van Nuys, CA  91411 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**